IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS
    PETITIONER,

vs.                                    CIVIL ACTION No. 1:06CV842-T

STATE OF ALABAMA,
    RESPONDANTS.

PETITION TO PROCEED AS INDIGENT PETITIONER AND ALL COST BE TAXED AGAINST THE STATE OF ALABAMA FOR THEIR OUTRAGEOUS ACTS AGAINST PETITIONER WHILE ACTING UNDER THE COLOR OF LAW.

1.

COMES NOW, PETITIONER, WINSTON DAVIS IN THE ABOVE-STYLED CAUSE AND MOVES THIS COURT TO ISSUE ORDER ALLOWING PETITIONER TO PROSEED AS A INDIGENT PETITIONER, AND STATES THE FOLLOWING, FOR THAT ORDER.

DURING THE FIRST SIX MONTHS, EARNED ROUGHLY $300.00 PER-WEEK, MY RENT IS ROUGHLY $300.00 PER-MONTH, FOOD ROUGHLY $300.00, GASOLINE TO AND FROM WORK APPROX. 200.00 PER-MONTH, CLOTHES + SHOES ROUGHLY $100.00 PER-MONTH, PAROLE FEE'S $30.00 PER-MONTH LEAVING ME $270.00 BALANCE, BUT

FOR THE PAST 2 MONTHS, BECAUSE OF MY AGE OF 63, I HAVE BECAME UNABLE TO WORK FULL TIME, AND I HAVE ONLY ROUGHLY EARNED $900.00 PER MONTH. AND FURTHER

2.

THE GENEVA COUNTY CIRCUIT COURT HAS DEMANDED THAT I MAKE RESTITUTION PAYMENT IN THE AMOUNT OF $40,000.00 FOR CASE CC-99-126 OR BE VIOLATED AND MY PAROLE REVOKED. AND FURTHER,

I HAVE NO CHECKING, SAVINGS, ACCOUNTS, I HAVE NO AUTOMOBILE, (I USE A COMPANY TRUCK TO AND FROM WORK)

I OWN NOTHING.... WHERE-FORE PETITIONER RESPECTFULLY REQUEST THIS HONORABLE COURT TO ISSUE ORDER TAXING THE STATE OF ALL COST.

DONE 9/20/06

RESPECTFULLY
Winston Davis
WINSTON DAVIS
519 SANTO(WARD)
DOTHAN, AL 36303

3.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THE ABOVE-FOREGOING IS TRUE AND I HAVE SERVED THE ORIGINAL POSTAGE PRE PAID FIRST-CLASS MAIL IN THE UNITED STATES MAIL BOX, ON THIS SEPT. 20, 2006.

DONE THIS Sept. 20, 2006

Winston Davis
SS No. 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
519 Santo Genie RD
Dothan, AL 36303

SWORN TO AND SUBSCRIBED BEFORE ME THIS 30th DAY OF Sept. 2006

_____
NOTARY PUBLIC

My Commission Expires 10/24/2006
MY COMMISSION EXPIRES

4.