IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WINSTON DAVIS                          *

    Petitioner,                         *

    v.                                  *        01:06-CV-842-MHT

STATE OF ALABAMA, *et al.*,            *

    Respondents.                        *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (Doc. No. 2) be and is hereby GRANTED.

Done this 27th day of September, 2006.

                                                /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE