| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) Guner   C. Date of Delivery 10/2/06 |
| 1. Article Addressed to:<br><br>Troy King, Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130<br><br>06cv 842 Pet&OP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7003 0500 0002 7929 4934 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540