IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 OCT 11  A 9: 29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WINSTON DAVIS
    PETITIONER,


V.                              01:06-CV-842-MHT
                                    ( W O )



STATE OF ALABAMA, eTal.,
    RESPONDENTS.



MOTION FOR ORDER STAYING RESTITUTION
IN GENEVA COUNTY CIRCUIT COURT
CASE CC-99-126.




1.

COMES, NOW, PETITIONER, WINSTON DAVIS IN THE ABOVE-STYLED CAUSE OF ACTION AND MOVES THIS HONORABLE COURT TO ISSUE ORDER STAYING RESTITUTION TO THE GENEVA COUNTY CIRCUIT COURT CASE CC-99-126, PENDING THE OUTCOME OF THIS FEDERAL PETITION AND FOR GOOD CAUSE STATES THE FOLLOWING AS GROUNDS FOR SAID ORDER.

PETITIONER, WINSTON DAVIS, ASSERTS THAT IN THIS 28 U.S.C. § 2254 PETITION, HE ATTACKS THE ILLEGAL SENTENCE IMPOSED UPON HIM BY THE GENEVA COUNTY CIRCUIT COURT JUDGE, CHARLES L. WOODS, SEE: PETITIONER'S EXHIBITS 9 AT R-394, — 401, EXHIBIT 10, AND

PETITIONER, WINSTON DAVIS FURTHER ASSERTS THAT THE GENEVA COUNTY CIRCUIT COURT JUDGE'S ORDER FOR PETITIONER WINSTON DAVIS TO PAY

2.

THE COST OF COURT, INDIGENT ATTORNEY'S FEES, $50.00 TO THE VICTIM'S COMPENSATION FUNDS, AND $30,000.00 IN RESTITUTION TO ALACE R. KELLY, (SEE: PETITIONER'S EXHIBIT Q AT R-401,) IS ALSO ILLEGAL AND IS A VIOLATION OF PETITIONER'S EIGHTH AMENDMENT RIGHT TO THE UNITED STATES CONSTITUTION TO CRUEL AND UNUSUAL PUNISHMENT.

WHEREFORE:
    PETITIONER, WINSTON DAVIS, RESPECTFULLY REQUEST THIS HONORABLE COURT TO ISSUE ORDER STAYING ALL PAYMENTS TO THE GENEVA COUNTY CIRCUIT COURT CASE CC-99-126, PENDING THE OUTCOME OF THIS PETITION.

DONE THIS 10-08-06          RESPECTFULLY
                            Winston Davis
                            519 SANTO CENA RD
                            DOTHAN, AL 36303.

3.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFICATE THAT ON OCTOBER 8, 2006, I DID SERVE A COPY OF THE FOREGOING ON THE FOLLOWING PARTIES BY PLACING THE SAME IN THE UNITED STATES MAIL, FIRST CLASS, POSTAGE PREPAID AND ADDRESSED AS FOLLOWS:

RESPONDENTS:
ALABAMA ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, AL 36130.

OFFICE OF THE CLERK
P.O. BOX 86
GENEVA COUNTY, AL 36340

Wineta Davis

4.