IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |  |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| v. | * | 01:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Before the court is Petitioner's Motion for Order Staying Restitution Payments. Petitioner seeks to suspend enforcement of restitution ordered in the state court criminal judgment which he challenges in the instant action until a ruling is entered on his application for habeas relief.  Upon consideration of the pending motion, and for good cause, it is

ORDERED that the Motion for Order Staying Restitution Payments (Doc. No. 6) be and is hereby DENIED.

Done this 11th day of October, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE