IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WINSTON DAVIS                            *

    Petitioner,                          *

      v.                               *          01:06-CV-842-MHT

STATE OF ALABAMA, *et al.,*               *

    Respondents.                         *

_____

### ORDER ON MOTION

Respondents filed a Motion for Extension of Time on October 17, 2006. (Doc. No. 8.) Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 8), is GRANTED; and

2. Respondents are GRANTED an extension from October 23, 2006 to November 6, 2006 to file their answer.

Done this 18th day of October, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE