IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 OCT -1 A 11:08

WINSTON DAVIS,
PETITIONER,

V.

CIVIL NO:
01:06-CV-00842-MHT.
"PETITIONER REQUEST
ORAL ARGUMENT."

STATE OF ALABAMA, ETAL.,
RESPONDENTS.

MOTION FOR COURT TO APPOINT
COUNSEL TO REPRESENT PETITIONER
IN THIS FEDERAL §2254 PETITION.

COMES, NOW, PETITIONER, WINSTON DAVIS IN THE ABOVE-STYLED CAUSE AND MOVES THIS HONORABLE COURT FOR ORDER APPOINTING COUNSEL TO REPRESENT PETITIONER WINSTON DAVIS AND STATES THE FOLLOWING AS GROUNDS FOR SAID ORDER.

BRIEF SUMMARY OF CASE
01:06-CV-00842 M.H.T.

1. ON SEPTEMBER 21, 2006 PETITIONER WINSTON DAVIS FILED THIS PETITION SEEKING RELIEF ON TWO GROUND AND ATTACHED "EXHIBIT A" AFFIDAVIT OF "ACTUAL INNOCENT"

GROUND ONE:

PETITIONER WINSTON DAVIS ASSERTED THAT THE TRIAL COURT JUDGE WAS PREJUDICE AND BIAS TOWARD PETITIONER "BECAUSE" PETITIONER BLEW THE WHISTLE ON AN ARSON RING TO THE ALABAMA FIRE MARSHAL MR. ED PAULK ON OCTOBER 18, 1998 AND

THIS IS WHY THE TRIAL COURT JUDGE "WILFULLY AND INTENTIONALLY DEPRIVED" PETITIONER OF HIS RIGHT TO BE PRESENT DURING EVERY STAGE OF HIS TRIAL, (SEE: PETITIONER'S "EXHIBIT 7") AND WHEN THE STATE FAILED TO PROVE A PRIMA - FACIE CASE "AS CHARGED IN THE INDICTMENT", THE TRIAL COURT JUDGE ENTERED INTO THE JURY ROOM AND ONLY GOD AND THE JURY KNOWS WHAT THE TRIAL COURT JUDGE INSTRUCTED THE OF OR WHAT EVIDENCE HE GAVE THE JURY (SEE: PETITIONER 8 AT R-382".), BUT ONE CAN BET THE TRIAL COURT JUDGE GAVE THE JURY ANY OF PETITIONERS EVIDENCE" AND

THIS IS WHY THE TRIAL COURT JUDGE "WILFULLY AND INTENTIONALLY DEPRIVED PETITITIONER OF HIS RIGHTS TO HAVE A FULL AND FAIR HEARING ON MOTION TO DISCHARGE THE CONVICTION" WHEN HE PROCEEDED TO SENTENCE PETITIONER TO FORTY YEARS TO THE STATE PENITENTIARY WHEN HE HAD "NO JURISDICTION", (SEE: PETITIONER'S

"EXHIBITS 9 AT R-395 THROUGH 405, ALSO EXHIBIT 10" AND

THIS IS WHY THE TRIAL COURT JUDGE ALLOWED PETITIONER'S MOTION TO BE DEEMED DENIED BY OPERATIONS OF LAW (SEE: PETITIONER'S "EXHIBIT 11."), AND

THIS IS WHY THE TRIAL COURT JUDGE WILLFULLY AND INTENTIONALLY DEPRIVED PETITIONER WINSTON DAVIS OF HIS CIVIL RIGHTS WHEN HE INSTRUCTED THE TRIAL COURT CLERK NOT TO DOCKET PETITIONER WINSTON DAVIS'S NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS COURT (SEE: PETITIONER'S "EXHIBIT 12") AND.

GROUND TWO:

"INEFFECTIVE ASSISTANT OF COUNSEL" (SEE: PETITIONER'S EXHIBITS 5, 6 AND 7.)

AND "EXHIBIT A" "AFFIDAVIT OF" ACTUAL INNOCENT"

PETITIONER, WINSTON DAVIS ASSERTS THAT THE ONLY WAY AN INNOCENT MAN CAN BE FOUND GUILTY IS THE "STATE" HAS TO DEPRIVE HIM OF HIS CONSTITUTIONAL RIGHTS AND AND A WILLFULLY FAILURE TO FOLLOW THE RULES OF ALABAMA CRIMINAL PROCEDURE.

2. ON SEPTEMBER 27, 2006 THIS HONORABLE COURT ISSUED ORDER TO RESPONDENTS, ALABAMA ATTORNEY GENERAL TO SHOW CAUSE.

3. ON OCTOBER 27, 2006, AFTER AN ENLARGEMENT OF TIME RESPONDENTS, ALABAMA ATTORNEY GENERAL FILED ANSWER OF RESPONDENTS THEREIN RESPONDENTS AT P2 PARAGRAPH 2, ADMIT DAVIS IS IN STATE CUSTODY SERVING A SENTENCE OF FORTY YEARS IN THE STATE PENITENTIARY PURSUANT TO HIS CONVICTION (SEE: PETITIONERS "EXHIBIT 2 AT R-2 THROUGH 5") "EXHIBIT 6 WHICH STATES IN PERTINENT PART: TO DATE THE "COURT HAS REFUSED" THE FUNDS FOR WHICH TO PURCHASE THE

THE TRANSCRIPT OF ALICE KELLY'S PRIOR TESTIMONY SEE "EXHIBIT 3 AT R-26" WHICH STATES IN PERTINENT PART: QUESTION WAS PUT TO ALICE KELLY, WAS THAT DIFFERENT FROM WHAT YOU TRATED FOR?
"NO." ANSWERED ALICE KELLY..."

QUESTION WAS PUT TO ALICE KELLY, WAS THAT WHAT YOU TRATED FOR?
"YES." ANSWERED ALICE KELLY..."

QUESTION, WAS PUT TO ALICE KELLY, THATS WHAT YOU WANTED DONE?

"YES." ANSWERED ALICE KELLY..."

(SEE: PETITIONER'S "EXHIBIT 7," WHICH STATES IN PERTINENT PART: I REGRET TO INFORM YOU THAT ALL MOTIONS I HAVE FILED ON YOUR BEHALF "HAVE BEEN DENIED BY THE COURT..." AND, FURTHER, "SO THERE WAS NO WAY I COULD HAVE YOU TRANSFERED "HERE" FOR ORAL ARGUMENTS..." AND FURTHER,

(SEE: PETITIONER'S "EXHIBIT 8 AT R-382" WHICH STATES IN PERTINENT PART:

THE COURT: "I WILL TAKE THE VERDICT FORMS AND EVIDENCE I HAVE ALLOWED BACK TO THE JURY...."

(SEE: PETITIONERS "EXHIBIT 9 AT R-395 THROUGH 406. AND EXHIBIT 10")

(SEE: PETITIONER'S "EXHIBIT 11 WHICH STATES IN PERTINENT PART: "MOTION TO DISCHARGE CONVICTION" (DATE FILED) 6-30-2000. "DEEMED DENIED 8-29-2000" AND (SEE: PETITIONER'S EXHIBIT 12" NOTICE OF APPEAL TO THE ALABAMA CRIMINAL COURT OF APPEALS.)

AND SENTENCE ARE VALID AND CONSTITUTIONAL UNDER THE LAWS AND TREATIES OF THE UNITED STATES AND THE STATE OF ALABAMA. AND FURTHER

AT P. 2 PARAGRAPH 3. RESPONDENTS "DENY" EACH AND EVERY MATERIAL ALLEGATIONS OF THE PETITION AND "DEMAND STRICT PROOF."

PETITIONER ASSERTS THAT "HE HAS STRONG PROOF AS DEMAND BY RESPONDENTS, ALABAMA ATTORNEY GENERAL," OVER 60 EXHIBITS TOTALING OVER 2,000 PAGES OF COURT RECORDS, FOR CASE CC-96-219, SOUTHTRUST BANK RECORDS, APPELLEE BRIEF AND ARGUMENT OF ALABAMA ATTORNEY GENERAL, BILL PRYOR, AND HIS ASSISTANT, JEAN A. THERKELSEN, AND CITY BANK OF HARTFORD RECORDS, SHOWING "PROOF" AN ARSON RING, DOES EXIST, STATE FARM RECORDS, SHOWING THEIR AGENT NICK HOLLEY IS A PARTY TO THIS ARSON RING, PETITIONER'S BANKRUPTCY CHAPTER 13 PROCEEDING CASE NO: 96-0718-APG, COPIES OF CRIMINAL FEE SHEETS SHOWING PROOF THAT THE RESTITUTION PAYMENT PAYED BY PETITIONER WINSTON HURZ FOR CASE CC-96-219, 220 AND 221, WERE DEPOSITED INTO A WORTHLESS ACCOUNT WITH THE GENEVA COUNTY CLERK AND THE GENEVA COUNTY DISTRICT ATTORNEY DAVID EMERY (RETIRED) STOLED THIS MONEY FOR HIS OWN PERSONAL GAIN, DEPOSITION OF FOR

FOR CASE CV-97-049 (W), BRIEF AND ARGUMENT FROM APPELLANT WINSTON DAVIS, AND APPELLEE DONALD MARR AND CITY BANK OF HARTFORD, AND FIRE\INCIDENT REPORTS FROM HARTFORD VOLUNTEER AND BLACK FIRE DEPARTMENT SHOWING PROOF THAT THERE WAS FOUR (4) FIRES, ONE "GASOLINE" WAS USED BY GRADY TOLLEY.

PETITIONER WINSTON DAVIS ASSERTS THAT THE LAST INFORMATION OBTAINED WAS ON MARCH 21, 2006, "PROVING A GRAND CONSPIRACY TO DEPRIVE HIM OF HIS CIVIL RIGHTS," BY THE FOLLOWING PERSONS:

PAUL KENNEDY, WILLIAM KENNEDY, WALLACE DOWLING, RILEY SEIBENHEMER, STOCK HOLDERS OF HARTFORD FINANCIAL CORPORATION, WHO WHOLLY OWN CITY BANK OF HARTFORD, NICK HOLLEY, STATE FARMS AGENT, HENRY F. LEE III, SOUTH TRUST BANK\WACHOVIA BANK N\A, ATTORNEY ON RETAINER, "ENCOURAGED" THE DISTRICT ATTORNEY DAVID EMERY,

HIS ASSISTANT DISTRICT ATTORNEY, DAVID ATWELL, HIS INVESTIGATOR, JIMMY HAND, AND THE GENEVA COUNTY CIRCUIT COURT, JUDGE CHARLES L. WOODS TO "DEPRIVE" PETITIONER WINSTON DAVIS "OF HIS CIVIL RIGHTS", AND "PROTECTED" BY THE ASSISTANT ALABAMA ATTORNEY GENERAL JEAN A. THERKELSEN AND THE ABOVE NAMED STATE COURT OFFICIALS "DID IT WHILE ACTING UNDER THE COLOR OF LAW...."

"PETITIONER ASSERTS THAT HE WAS RAN THROUGH THE GENEVA COUNTY COURT SYSTEM AS THE GERMAN NAZI'S DID THE HOLOCAUST JEW, IN THE FRONT DOOR OF THE COURT, OUT THE BACK DOOR OF THE COURT TO JUST DISAPPEAR...."

PETITIONER FURTHER ASSERTS THAT HIS ISSUES IN THIS INSTANT PETITION ARE "NEW ISSUES," NEVER HAVE BEEN BROUGHT IN STATE OR FEDERAL COURTS, AND PETITIONER ATTACKS THE TRIAL ON

"JURISDICTIONAL DEFECTS", AND PROCEEDING IF THIS HONORABLE COURT WILL ISSUE ORDER APPOINTING COUNSEL HE WILL SUBMIT "SUCH PROOF AS DEMANDED BY RESPONDENT," ALABAMA ATTORNEY GENERAL'S ASSISTANT, JEAN A. THERKELSEN AND GIVE PETITIONER WINSTON DAVIS AN OPPORTUNITY TO CORRECT A MISCARRIAGE OF JUSTICE

WHEREFORE, THE ABOVE CONSIDERED PETITIONER PRAY THIS HONORABLE COURT TO ISSUE ORDER APPOINTING COUNSEL TO PREPARE PETITIONER'S RESPONSE SHOWING THAT THERE IS NO STATUTE OF LIMITATIONS TO TOLL A "WILLFULLY AND INTENTIONALLY DEPRIVATION OF PETITIONER'S CIVIL RIGHTS; WHILE ACTING UNDER THE COLOR OF LAW.

RESPECTFULLY
WINSTON DAVIS
WINSTON DAVIS
519 SANTOLINA RD
DOTHAN, AL 36303
334 797-9091

CERTIFICATE OF SERVICE

I HERE BY CERTIFY THAT I HAVE ON THIS 31, DAY OF OCTOBER 2006 I PLACED A COPY OF THE FOREGOING POSTAGE PRE PAID FIRST CLASS MAIL INTO THE UNITED STATES MAIL PROPERLY ADDRESSED TO RESPONDENTS ALABAMA ATTORNEY GENERAL AT 11 SOUTH UNION ST. MONTGOMERY, AL 36130-0152

Winston Davis
WINSTON DAVIS
519 SANTOGENIA RD
DOTHAN, AL 36303