IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.*, | * | |
| Respondents. | * | |

_____

## ORDER ON MOTION

Pending before the court is Petitioner's Motion for Appointment of Counsel. The motion, having been read and considered, shall be denied. Accordingly, and for good cause, it is

ORDERED that Petitioner's Motion for Appointment of Counsel (Doc. No. 12) be and is hereby DENIED.

Done, this 2nd day of November 2006.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE