IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS
 PETITIONER,

V.

2:06-CV-842 MHT.
PETITIONER REQUEST
ORAL ARGUMENT

STATE OF ALABAMA, ET AL.,
 RESPONDENTS.

MOTION FOR ORDER RELIEVING PETITIONER FROM FINAL JUDGMENT TO THE GENEVA COUNTY CIRCUIT COURT CASE CC-99-126 PURSUANT TO THIS INSTANT PETITION, AND PURSUANT TO RESPONDENTS' FAILURE TO REBUTT THE GROUNDS FOR SAID RELIEF.

1.

COMES NOW PETITIONER WINSTON DAVIS IN THE ABOVE-STYLED CAUSE AND MOVES THIS HONORABLE COURT FOR ORDER RELIEVING PETITIONER FROM FINAL JUDGMENT AND STATES THE FOLLOWING AS GROUNDS FOR RELIEF:

## BRIEF SUMMARY
## OF THIS INSTANT HABEAS CORPUS PETITION

1. ON SEPTEMBER 21, 2006, PETITIONER FILED THIS INSTANT PETITION, THEREIN, PETITIONER ATTACKS HIS JUNE 8, 2000 CONVICTION OF FIRST-DEGREE THEFT BY DECEPTION IMPOSED UPON HIM BY THE GENEVA COUNTY CIRCUIT COURT ON THE FOLLOWING GROUNDS:

### GROUND ONE:
DENIAL OF DUE PROCESS AND PREJUDICE ON THE PART OF THE TRIAL COURT.

**Ground Two:**
  Ineffective Assistance of Counsel.

2. On September 27, 2006, this Honorable Court issued order, to Respondents to show cause.

3. On October 27, 2006, after an enlargement of time, Respondents filed answer and "DID NOT" deny that trial court judge was "Prejudice and Bias" toward petitioner for blowing the whistle on an arson ring in and around Geneva County, Alabama, and "Willfully and Intentionally Deprived" petitioner of his rights to due process of law under the Fourteenth Amendment to the United States Constitution and Article 1, Section 6, of Alabama Constitution of 1901, "Nor did Respondents deny" that court appointed trial counsel Charles W. Blakeney willfully and

3.

INTENTIONALLY DEPRIVED PETITIONER OF HIS SIXTH AMENDMENT RIGHT TO HAVE "EFFECTIVE ASSISTANCE OF COUNSEL AT TRIAL".

HOWEVER, RESPONDENTS "COMMITTED FRAUD AND MISREPRESENTATION OF MATERIAL FACTS" TO THIS COURT WHEN THEY BASE THEIR AFFIRMATIVE DEFENCE THAT PETITIONER'S PETITION WAS FILED OUTSIDE OF THE ONE-YEAR LIMITATION PERIOD PURSUANT TO TITLE 28 U.S.C. § 2244(D)(1).

4. ON NOVEMBER 1, 2006, THIS HONORABLE COURT ISSUED ORDER TO PETITIONER TO SHOW CAUSE WHY THIS HONORABLE COURT "SHOULD NOT" DENY PETITIONER'S HABEAS CORPUS PETITION.

5. ON NOVEMBER 16, 2006, PETITIONER FILED HIS RESPONSE TO RESPONDENTS ANSWER AND RESPONSE TO THIS HONORABLE COURT'S ORDER SHOW CAUSE WHY THIS COURT SHOULD GRANT PETITIONER

relief sought in his instant petition, citing case law, that "JURISDICTIONAL DEFECTS CANNOT BE WAIVED OR EXCUSED".

6. On December 1, 2006, Respondents "time to rebutt petitioners response to respondents answer and response to this honorable courts order to show cause why his habeas corpus petition should not be denied expired."

## ARGUMENT:

Petitioner Winston Dukes asserts that "FACTS WHICH CANNOT BE REBUTTED NOR CONTRADICTED MUST BE CONSIDERED PRIMA FACIE EVIDENCE AS TRUE."

## RELIEF SOUGHT

WHEREFORE THE ABOVE CONSIDERED PETITIONER REQUEST THIS HONORABLE COURT TO GRANT PETITIONER RELIEF SOUGHT IN HIS INSTANT PETITION, AND ISSUE ORDER TO RESTORE ALL OF PETITIONER'S RIGHTS WHICH WERE DEPRIVED OF HIM WHILE ACTING UNDER THE COLOR OF LAW, BEFORE CHRISTMAS 2006.

RESPECTFULLY SUBMITTED

DONE THIS DEC. 6, 2006    Winston Davis

WINSTON DAVIES
519 SARATOGA RD
DOTHAN, AL 36303
334 797-9091.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON DECEMBER 6, 2006 I HAVE PLACED A COPY OF THE FOREGOING POSTAGE PREPAID ADDRESSED TO AL. AT. GEN. 11 SOUTH UNION ST. MONTGOMERY, AL 36130 IN THE UNITED STATES MAIL BOX.

Winston Davis

6.