IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| WINSTON DAVIS | * |
| Petitioner, | * |
| v. | *    1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.,* | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Pending before the court is Petitioner's Motion for Court Order. He requests that this court enter an order which directs that he be relieved from the final judgment entered against him by the Circuit Court for Geneva County in Criminal Case Number 99-126. Upon consideration of Petitioner's motion, and for good cause, it is

ORDERED that the Motion for Court Order (Doc. No. 15) be and is hereby DENIED.

Done this 13th day of December, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE