IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 DEC 21  A 9: 29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WINSTON DAVIS
     PETITIONER,

V.                                   01: 06-CV-842 M.H.T.

STATE OF ALABAMA, et al.,
     RESPONDENTS.

MOTION TO EXTEND THE TIME FOR FILING
MOTION TO AMEND THIS INSTANT PETITION,
MOTION TO CORRECT PETITIONER'S ERRORS
PURSUANT TO HONORABLE CHARLES S. COODY,
UNITED STATES CHIEF MAGISTRATE JUDGE'S
ORDER DATED SEPTEMBER 27, 2006, FOR
14 DAYS AND ENDING ON JANUARY 10, 2007.

1.

COMES NOW PETITIONER WINSTON HAYES IN THE ABOVE-STYLED CAUSE AND MOVES THIS HONORABLE COURT TO ISSUE ORDER ALLOWING PETITIONER AN ADDITIONAL 14 DAYS TO FILE MOTION TO AMEND THIS INSTANT PETITION, MOTION TO CORRECT THE ERRORS PETITIONER HAS MADE AND DID NOT FOLLOW THIS HONORABLE COURT'S ORDER, AND FOR GOOD CAUSE STATES THE FOLLOWING AS GROUNDS FOR SAID REQUEST.

PETITIONER, ASSERTS THAT HE IS A SUB-CONTRACTOR OF "ALL TRADES" FOR QUALITY HOME BUILDERS, OWNER, DENNY BECKUM OF DOTHAN, ALABAMA 334 767 6060, DURING THE DAY TIME HOURS, AND AT NIGHT, PETITIONER TAKES CARE OF HIS 81 YEAR YOUNG SISTER, EARLINE TESTION 1404 TH STADIUM STREET DOTHAN, ALABAMA, 36301, 334-673 7533 AND THIS IS THE REASON HE HAS MADE ERRORS AND,

2.

PETITIONER FURTHER ASSERTS THAT
HE IS NOT LEARNED IN THE LAW,
AND SHOULD NOT BE HELD TO THE SAME
STRICT STANDERS AS A LEARNED LAWYER,
AS THE COURT HELD IN EX PARTE
HUTCHERSON  847 SO2D P.388-389, (ALA-2002,)
CITING STRICKLAND V. WASHINGTON
466 U.S. 668, 104 S.CT. 2052, 80 LED
.2D 674 (1984) AND ROBINSON V. MURPHY
69 ALA. 543, 547 (1881)


## RELIEF SOUGHT

WHEREFORE, THE ABOVE CONSIDERED,
PETITIONER REQUEST THIS HONORABLE
COURT TO ISSUE ORDER ALLOWING
PETITIONER AN ADDITIONAL 14 DAYS
TO FILE HIS MOTION TO AMEND THIS
INSTANT PETITION AND FILE HIS MOTION
TO CORRECT HIS ERRORS PURSUANT TO
THIS COURT ORDER DATED SEPTEMBER
27, 2006. AT P.6.

RESPECTFULLY SUBMITTED

DONE THIS DECEMBER 20, 2006. Winston Davis

WINSTON DAVIS
519 SANTDENA RD
DOTHAN AL 36303.

3.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFICATE THAT I HAVE ON THIS DECEMBER 20, 2006, I HAVE PLACE A COPY OF THE FOREGOING POSTAGE PRE PAID FIRST CLASS MAIL IN THE UNITED STATES MAIL, PROPER ADDRESSED TO THE ALABAMA ATTORNEY GENERAL 11 SOUTH UNION STREET MONTGOMERY, AL 36130.

Walter Lewis