IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS
   PETITIONER,

V.                                    01:06-CV-842-MHT

STATE OF ALABAMA, et al.,
   RESPONDENTS.

MOTION FOR COURT TO "SPECIFY" THE GROUNDS RELIED UPON WHEN THE COURT DENIED PETITIONER'S MOTION FOR ORDER TO RELIEVE HIM FROM FINAL JUDGMENT ENTERED AGAINST HIM BY THE CIRCUIT COURT OF GENEVA COUNTY IN CRIMINAL CASE CC-99-126

1.

COMES NOW PETITIONER, WINSTON DAVIS IN THE ABOVE STYLE CAUSE AND RESPECTFULLY REQUEST THIS HONORABLE COURT TO "SPECIFY" THE GROUNDS IT RELIED UPON WHEN IT DENIED PETITIONER'S MOTION FOR ORDER TO RELIEVE HIM FROM FINAL JUDGMENT ENTERED BY THE GENEVA COUNTY CIRCUIT COURT IN CRIMINAL CASE CC-99-126, AND FOR GOOD CAUSE STATES THE FOLLOWING AS GROUND FOR SAID REQUEST:

PETITIONER ASSERTS THAT HE CAN NOT FILE "A PROPER OBJECTIONS" TO SAID ORDER ("DOCUMENT # 16-1, DATED 12-13-06") WITHOUT KNOWING THE GROUNDS FOR DENIAL.

WHERE FORE,
   THE ABOVE CONSIDERED, PETITIONER RESPECTFULLY REQUEST THIS HONORABLE COURT TO "SPECIFY" THE GROUND IT RELIED UPON IN

2.

DENYING PETITIONER'S MOTION FOR ORDER TO RELIEVE HIM FROM FINAL JUDGMENT ENTERED AGAINST HIM BY THE GENEVA COUNTY CIRCUIT COURT ON JUNE 30, 2000 IN CRIMINAL CASE CC-99-126.

RESPECTFULLY,

DATE 12-25-06   Winston Davis

WINSTON DAVIS
574 SANTOLINA RD.
DOTHAN, AL 36303

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 12-25-06 I DID PLACE A COPY OF THE FOREGOING PROPERLY ADDRESSED POSTAGE PRE-PAID FIRST CLASS MAIL INTO THE UNITED STATES MAIL BOX, TO ALABAMA ATTORNEY GENERAL 11 SOUTH UNION ST. MONTGOMERY, AL 36130.

Winston Davis

3.