IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WINSTON DAVIS                       *

   Petitioner,                      *

      v.                            *   1:06-CV-842-MHT

STATE OF ALABAMA, *et al.*,         *

   Respondents.                     *

_____

## ORDER ON MOTION

Upon consideration of Petitioner's Motion for Extension of Time to file an amendment to the instant petition, and for good cause, it is

ORDERED that the motion (Doc. No. 17) be and is hereby GRANTED.

It is further

ORDERED that Petitioner be and is hereby GRANTED an extension from December 27, 2006 to January 10, 2007 to file his amended petition.

Done, this 4th day of January 2007.

                                /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE