IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| WINSTON DAVIS | * |
| Petitioner, | * |
| v. | *       1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.,* | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

On December 7, 2006 Petitioner filed a motion for court order wherein he requested that this court enter an order which would relieve him from the final judgment entered against him by the Circuit Court for Geneva County in Criminal Case Number 99-126. The court denied the motion on December 13, 2006. Petitioner has now filed a Motion to Clarify requesting that the court state the ground on which it based its December 13, 2006 ruling. Upon consideration of Petitioner's motion, and for good cause, it is

ORDERED that the Motion to Clarify (Doc. No. 18) be and is hereby GRANTED. Petitioner is advised that the court denied his December 7 motion for court order which essentially requested an immediate ruling on the instant petition based on the claims presented and Respondents' "failure to rebut the grounds for said relief." (*See* Doc. No. 15) The instant action is pending on the undersigned's docket along with numerous other actions filed both before and after the present petition was filed. The court notes that this matter is

ready for review and a decision shall be rendered on the petition within due course as the court's schedule permits.

Done this 5th day of January, 2007.

                                   /s/Charles S. Coody
                                   CHARLES S. COODY
                                   CHIEF UNITED STATES MAGISTRATE JUDGE