IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS
     PETITIONER,

V.                                    1:06-CV-842 MHT

STATE OF ALABAMA, ET AL.,
     RESPONDENTS.


MOTION FOR AN ADDITIONAL TEN (10) DAYS EXTENTION OF TIME TO AMEND THIS INSTENT PETITION TO SHOW "EXTRAORDINARY CIRCUMSTANCES" PURSUANT TO "[TITLE 28 U.S.C. SECTION 2244]" AS WHY THIS COURT SHOULD NOT DENY HIS FEDERAL CORPUS PETITION.

1.

COMES NOW PETITIONER WINSTON DIXES IN THE ABOVE-STYLED CAUSE AND MOVES THIS HONORABLE COURT TO ISSUE ORDER GRANTING PETITIONER AN ADDITIONAL TEN (10) DAY EXTENTION OF TIME TO AMEND HIS INSTANT PETITION AND FOR GOOD CAUSE PETITIONER STATES THE FOLLOWING AS GROUNDS FOR SAID ORDER:

PETITIONER ASSERTS THAT BECAUSE BEGINNING NOVEMBER 4, THROUGH DECEMBER 28, 2006, PETITIONER ONLY EARNED ROUGHLY $800.00 AND IS WITHOUT FUNDS TO COPY HIS ADDITIONAL EXHIBITS TO SHOW "EXTRAORDINARY CIRCUMSTANCES" AS WHY HE "UNTIMELY FILED HIS FEDERAL HABEAS CORPUS PETITION WHICH WAS BOTH BEYOND HIS CONTROL AND WAS UNAVOIDABLE DESPITE PETITIONER'S DILIGENCE."

BEGINNING DECEMBER 29, 2006, PETITIONER WORKS SEVEN (7) DAYS A WEEK AND WITHIN THE NEXT TEN (10) DAYS,

2.

PETITIONER WILL EARN ENOUGH FUNDS TO PAY HIS BILLS AND FUNDS FOR COPIES FOR THIS COURT AND RESPONDENTS.

WHEREFORE THE ABOVE CONSIDERED PETITIONER RESPECTFULLY REQUEST THAT THIS COURT ISSUE ORDER GRANTING HIM AN ADDITIONAL TEN (10) DAY EXTENTION OF TIME TO AMEND HIS HABEAS PETITION.

DONE 1, 09, 07

Winston Davis
WINSTON DAVIS
514 SANTOLAWN RD
DOTHAN, AL 36303

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I PLACED A COPY OF THE FOREGOING POSTAGE PRE-PAID FIRST CLASS MAIL IN THE UNITED STATES MAIL PROPERLY ADDRESS TO RESPONDENT ALABAMA A.G. 11 SOUTH UNION ST. MONTGOMERY, AL 36130 ON JANUARY 09; 07.

Winston Davis

3.