IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.*, | * | |
| Respondents. | * | |

**ORDER ON MOTION**

Upon consideration of Petitioner's second Motion for Extension of Time to file an amendment to the instant petition, it is

ORDERED that the motion (Doc. No. 21) be and is hereby GRANTED.

It is further

ORDERED that Petitioner be and is hereby GRANTED an extension from January 10, 2007 to January 22, 2007 to file his amended petition. NO further requests for additional time to file an amendment to the instant petition shall be entertained by the court absent exceptional circumstances. (*See* Doc. No. 4 at pg. 6.)

Done, this 11th day of January 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE