IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| WINSTON DAVIS | * |
| Petitioner, | * |
| v. | *   1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.*, | * |
| Respondents. | * |

_____

## ORDER ON MOTION

Upon consideration of Petitioner's Motion to Amend filed on January 19, 2007 wherein he asserts an additional claim in support of his habeas corpus petition, it is ORDERED that:

1. The Motion to Amend Petition (Doc. No. 23) be and is hereby GRANTED;

2. On or before February 12, 2007 Respondents FILE a supplemental answer addressing the claim raised in the amended petition in accordance with the directives contained in the court's September 27, 2006 order of procedure.

Done, this 23rd day of January 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE