IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2007 JAN 23 A 9:32

WINSTON DAVIS
    PETITIONER,

v.                              1:06-CV-842-MHT.

STATE OF ALABAMA, ET AL.,
    RESPONDENTS.

MOTION FOR ORDER ALLOWING PETITIONER TO CORRECT THE DATE H/IS MOTION TO AMEND THIS INSTANT PETITION TO SHOW THE TRUE DATE IT WAS DEPOSITED INTO THE UNITED STATES MAIL.

1.

COMES NOW, PETITIONER IN THE ABOVE-STYLED CAUSE AND MOVES THIS COURT FOR ORDER ALLOWING HIM TO CORRECT THE TRUE DATE HE DEPOSITED HIS MOTION TO AMEND HIS INSTANT PETITION, AND STATES THE FOLLOWING AS GROUNDS FOR SAID ORDER.

PETITIONER ASSERTS THAT ON JANUARY "18, 2007", PETITIONER SUBMITTED HIS AMENDED PETITION AND IN HIS CERTIFICATE OF SERVICE HE CERTIFIED THAT HE PLACED THE SAME TO THE COURT AND A COPY TO RESPONDENTS ON JANUARY 25, 2007, AS PROOF, PETITIONER SUBMITS HIS "EXHIBIT B" THAT THE TRUE DATED WAS ON "JANUARY 18, 2007"

PETITIONER ASSERTS THAT FOR THE PAST 12-YEARS HE HAS BEEN FRUSTRATED, AGGRAVATED AND FORCED TO SUFFER MENTAL ANGUISH BY THE GENEVA COUNTY DISTRICT ATTORNEY, HIS OFFICE AND THE GENEVA COUNTY CIRCUIT COURT JUDGES.

2.

Petitioner was in a hurry to mail his amended petition, looked at the calendar and made error of the January 25, 2007.

Wherefore the above considered petitioner respectfully request an "<u>Order showing the true date of January 18, 2007.</u>"

Done this date 1/21/07   Winster Davis
514 Santoluma Rd
Dothan, AL 36303

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing was deposited into the United States mail box, postage pre-paid, first class mail to Alabama Attorney General's Office 11 South Union Street Montgomery, AL 36130, on January 21 2007.   Winster Davis

3.

WINSTON DAWES
SI4 SINJTOLAW DD
DOTHAN, AL 36303

Cl. 06-CV-842-MHT.

OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711

MONTGOMERY AL 361
22 JAN 2007 PM 1 L

36101+0711 B007

```
         DOTHAN MAIN POST OFFICE
            DOTHAN, Alabama
               363024500
             0107830302 -0096
 01/13/2007    (334)794-8567     03:04:57 PM

                  Sales Receipt
 Product         Sale   Unit           Final
 Description     Qty    Price          Price

 MONTGOMERY AL 36130                   $5.60
 Priority Mail
 3 lb. 15.90 oz.
                                     ========
   Issue PVI:                          $5.60

 MONTGOMERY AL 36101                   $5.60
 Priority Mail
 3 lb. 14.00 oz.
                                     ========
   Issue PVI:                          $5.60

 $3.90             1     $3.90         $3.90
 Lib/Flag Bk
                                     _____

 Total:                                $15.10

 Paid by:
 Cash                                  $50.00
 Change Due:                          -$34.90

 Order stamps at USPS.com/shop or call
 1-800-Stamp24.  Go to
 USPS.com/clicknship to print shipping
 labels with postage.  For other
 information call 1-800-ASK-USPS.
 Bill#: 1000401728422
 Clerk: 10

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
         Thank you for your business.
                  Customer Copy
```

*PETETIONER WENSTON DAVIS'S*

*"EXHIBIT B"*