IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WINSTON DAVIS         *

    Petitioner,         *

        v.         *       1:06-CV-842-MHT

STATE OF ALABAMA, *et al.,*   *

    Respondents.       *

_____

**ORDER ON MOTION**

Before the court is Petitioner's request that the signature date of his amended petition be corrected to show that he signed this document on January 18, 2007 rather than January 25, 2007 as is reflected on the pleading in question. (*See* Doc. No. 23) Upon consideration of Petitioner's Motion to Correct Signature Date of the Amended Petition, and for good cause, it is

ORDERED that the motion (Doc. No. 25) be and is hereby GRANTED.[1]

Done, this 24th day of January 2007.

                                /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The January 19, 2007 filing date of the amended petition remains unchanged. The "mailbox" rule is only applicable to incarcerated persons proceeding *pro se*. *See Houston v Lack*, 487 U.S. 266, 271-272 (1988) ( a *pro se* inmate's petition is deemed filed the date it is delivered to prison officials for mailing); *Adams v. United States*, 173 F.3d 1339, 1340-41 (11th Cir. 1999).