IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WINSTON DAVIS          *

   Petitioner,          *

    v.          *     1:06-CV-842-MHT

STATE OF ALABAMA, *et al.*,          *

   Respondents.          *

_____

**ORDER**

Upon consideration of Respondents' supplemental answer filed February 12, 2007, it is

ORDERED that Petitioner may file any further response in accordance with the court's November 1, 2006 order (Doc. No. 11) on or before February 26, 2007.

Done, this 13th day of February 2007.

                       /s/Charles S. Coody
                       CHARLES S. COODY
                       CHIEF UNITED STATES MAGISTRATE JUDGE