| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☒ Agent ☐ Addressee <br> B. Received by (Printed Name) WINSTON DAVIS    C. Date of Delivery 2-20-07 |
| 1. Article Addressed to: <br><br> Winston Davis <br> 519 Santolena Road <br> Dothan, AL 36303 <br><br> 06cv842    Show Cause | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> 3. Service Type <br> ☒ Certified Mail    ☐ Express Mail <br> ☐ Registered    ☒ Return Receipt for Merchandise <br> ☐ Insured Mail    ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7006 2760 0002 8193 1248 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540