IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2007 FEB 27 A 9:34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WENSTON DAVES,
        PETITIONER,


V.                              2:06-CV-842 M.H.T.


STATE OF ALABAMA, ETd.,
        RESPONDENTS.


MOTION REQUESTING PERMISSION TO
FILE A MOTION FOR SUMMARY JUDGMENT
PURSUANT TO Rule 8(2) FEDERAL Rules
OF Civel PROCEDURE.

COMES NOW PETITIONER WENSTON DAVES
IN THE ABOVE-STYLED CAUSE AND MOVES
THIS HONORABLE COURT FOR ORDER
GRANTING PETITIONER'S REQUEST TO FILE

1.

HIS MOTION FOR SUMMARY-JUDGMENT
PURSUANT TO Rule 8 (D)   F. R. CIV. PRO.
AND STATES THE FOLLOWING AS
GROUNDS FOR SAID ORDER.

BRIEF SUMMARY
OF THIS INSTANT FEDERAL PETITION

1. ON SEPTEMBER 21, 2006, PETITIONER,
WINSTON DAVIS FILED THIS INSTANT
PETITION, THEREIN, PETITIONER
ATTACKED HIS CONVICTION FOR FIRST-
DEGREE THEFT BY DECEPTION IMPOSED
UPON HIM BY THE CIRCUIT COURT
FOR GENEVA COUNTY, ALABAMA ON
JUNE 8, 2000. WHEN IN FACT THAT COURT
HAD NO JURISDICTION, AND ATTACHED
PETITIONER'S "EXHIBIT A" AFFIDAVIT
IN SUPPORT OF ACTUAL INNOCENT.

2. ON SEPTEMBER, 27, 2006, THIS HONORABLE
COURT ISSUED ORDER TO RESPONDENTS
TO SHOW CAUSE. (DOC. II 4-1)

2.

3. ON OCTOBER 27, 2006, RESPONDENTS,
ALABAMA ATTORNEY GENERAL FILED
"UNSIGNED ANSWER".
    THEREIN RESPONDENTS, "DID NOT
DENY "THE AVERMENTS OF THIS
INSTANT FEDERAL HABEAS PETITION
    "NOR DID "RESPONDENTS ARGUE,"
PETITIONER'S EXHIBITS 1 THROUGH 13 -
    HOWEVER, RESPONDENTS,
BASE THE STATE 'O F ALABAMA'S DEFENCE
WHOLLY ON DAVES'S PETITION FOR
WRIT OF HABEAS CORPUS IS DUE TO
BE DENIED AS BARRED BY THE
STATUTE OF LIMITATION UNDER
TITLE 28 U.S.C. 2244 (D). (SEE RESPONDENTS
"UNSIGNED ANSWER" AT P. 6 LAST
PARAGRAPH".)

4. ON NOVEMBER 1, 2006, THIS HONORABLE
COURT ISSUED ORDER TO PETITIONER
TO SHOW CAUSE WHY HIS FEDERAL
HABEAS CORPUS PETITION SHOULD NOT
BE DENIED AS IT WAS NOT FILED
WITHIN THE ONE-YEAR LIMITATION
PERIOD ESTABLISHED BY 28 U.S.C. § 2244
(D)(1).

3.

5. ON NOVEMBER 16, 2006, PETITIONER, WINSTON DAVIS FILED HIS RESPONSE TO RESPONDENTS "UNSIGNED ANSWER". THEREIN PETITIONER "SUBMITTED <u>ABSOLUTE PROOF</u>" THAT WILLFULLY AND INTENTIONALLY DEPRIVATION OF FEDERAL PROTECTED CONSTITUTIONAL AMENDMENT RIGHTS CAUSED THE CONVICTION OF AN INNOCENT PERSON."

6. ON JANUARY 18, 2007, PETITIONER, WINSTON DAVIS FILED MOTION TO AMEND \ SUPPLEMENT THE RECORDS TO SHOW CAUSE AS TO WHY THIS HONORABLE COURT SHOULD NOT DENY HIS FEDERAL HABEAS CORPUS PETITION PURSUANT TO TITLE 28 USC SECTION 2244,
THERE IN PETITIONER SUBMITTED "<u>ABSOLUTE PROOF</u>" THAT THE PRIOR ALABAMA ATTORNEY GENERAL BELL PRYOR AND HIS ASSISTANT ATTORNEY JEAN A. THERKELSEN JOINED THE EXISTENT CONSPIRACY BETWEEN PRIVATE INDIVIDUALS' ACTING IN CONCERT

4.

WITH STATE AGENTS TO WILLFULLY
AND INTENTIONALLY DEPRIVE PETITIONER
OF HIS FEDERAL PROTECTED CONST-
ITIONAL AMENDMENT RIGHTS WHILE
ACTING UNDER THE COLOR OF STATE
OF ALABAMA LAW---" (SEE:
PETITIONER'S "EXHIBITS 26, 27, AND
"28" SUBMITTED TO THIS HONORABLE
COURT IN RESPONDENT'S ANSWER TO
CIVIL NO: OO-A-343-S, WINSTON
DAVIS V. BILLY OWENS (APRIL 19, 2000)
AS RESPONDENT'S EXHIBIT (A), SEE:
PETITIONER'S EXHIBIT 29). AND
THEREIN SAID MOTION TO AMEND \
SUPPLEMENT THE RECORDS, PETITIONER
SUBMITTED ADDITIONAL EXHIBITS
14 THROUGH 33. AND FURTHER,

THEREIN SAID MOTION, PETITIONER
WINSTON DAVIS, REQUESTED THIS
COURT TO ISSUE ORDER TO RESPON-
DENT ALABAMA ATTORNEY GENERAL,
TROY KING, TO RELIEVE HIS ASSISTANT
ATTORNEY, JEAN A. THERKELSEN FROM
HAVING ANY FURTHER INVOLVEMENT

5.

IN PETITIONER'S FEDERAL HABEAS
CORPUS PETITION, BECAUSE OF
HER PLAN TO DEPRIVE PETITIONER
OF HIS FEDERAL PROTECTED
CONSTITUTIONAL AMENDMENT RIGHTS
WHILE ACTING IN HER OFFICIAL
CAPACITIES AS THE ASSISTANT
ATTORNEY GENERAL. AND FURTHER

THEREIN SAID MOTION, PETITIONER,
REQUESTED THIS COURT TO ISSUE
ORDER TO RESPONDENT, ALABAMA
ATTORNEY GENERAL, TROY KING,
TO HAVE OPPERTUNITY TO
REBUTT OR CONTRADICT PETITIONER
WINSTON DAVIS'S EXHIBITS 1
THROUGH 33.  ( SEE; "PETITIONER'S
MOTION TO AMEND \ SUPPLEMENT
THE RECORDS AT P. 67 RELIEF
SOUGHT ! ). AND PETITIONER AS
REQUIRED SENT RESPONDENT, ALABAMA
ATTORNEY GENERAL TROY KING COPIES
SENT TO THIS COURT.

6.

7. ON JANUARY 23, 2007 THIS HONORABLE COURT ISSUED ORDER TO RESPONDENTS ALABAMA ATTORNEY GENERAL TROY KING TO FILE A SUPPLEMENTAL ANSWER ADDRESSING THE CLAIMS IN THE AMENDED PETITION IN ACCORDANCE WITH THE DIRECTIVES CONTAINED IN THE COURT'S SEPTEMBER 27, 2006 ORDER OF PROCEDURE (SEE DOC #'S 24-1—4-1-).

8. ON FEBRUARY 12, 2007, RESPONDANTS ALABAMA ATTORNEY GENERAL ? FILED "UN SIGNED" ANSWER" THEREIN, RESPONDENTS "DID NOT DENY" PETITIONER'S AVERMENTS IN HIS AMENDED PETITION "NOR DID RESPONDENTS DENY THAT THE ASSISTANT ATTORNEY GENERAL, JEAN A. THERKELSEN "IS" A PARTY TO THE CONSPIRACY BETWEEN PRIVATE INDIVIDUALS AND STATE AGENTS TO WILLFULLY AND INTENTIONALLY DEPRIVE PETITIONER WINSTON DAVIS OF HIS

7.

FEDERAL PROTECTED CONSTITUTIONAL
AMENDMENT RIGHTS, "NOR DID"
    RESPONDENTS REBUTT OR
CONTRADICT PETITIONER'S EXHIBITS
1 THROUGH 33, "NOR DID"
RESPONDENTS DENY THAT A
"CONSPIRACY EXISTED" BETWEEN
PRIVATE INDIVIDUALS ACTED
IN CONCERT WITH STATE AGENTS
TO DEPRIVE PETITIONER OF
HIS CIVIL RIGHTS, "HOWEVER"
RESPONDENTS ARGUE THAT
BECAUSE PETITIONER'S FAILURE
TO PRESENT THE "NECESSARY EVIDENCE"
TO SUPPORT HIS CONSPIRACY
THEORIES DO NOT ENTITLE HIM
TO EQUITABLE TOLLING OF THE
LIMITATION PERIOD AND HIS PETITION
IS DUE TO BE DENIED AS BARRED
BY THE STATUTE OF LIMITATION
PURSUANT TO TITLE 28 § 2244 (D)(1).
(SEE: SUPPLEMENTAL ANSWER OF
RESPONDENTS ALABAMA ATTORNEY
GENERAL ? ? ? )


                    8.

## "ARGUMENTS"

PETITIONER ASSERTS THAT HE HAS
SUBMITTED "ABSOLUTE PROOF" THAT
A CONSPIRACY "EXIST" BETWEEN
PRIVET INDIVIDUALS ACTING IN
CONCERT WITH STATE OF ALABAMA
AGENTS TO WELLFULLY AND INTENTION-
ALLY DEPRIVE PETITIONER WINSTON
DAVIS OF HIS FEDERAL PROTECTED
CONSTITUTIONAL AMENDMENT
RIGHTS WHILE ACTING UNDER
COLOR OF STATE AUTHORITY AND
FURTHER

PETITIONER ASSERTS THAT RESPONDENT
ALABAMA ATTORNEY GENERAL, TROY
KING AS THE CHIEF LAW ENFORCEMENT
AGENT OF THE STATE OF ALABAMA HAD
A DUTY PURSUANT TO THE LAWS AND
TREATIES BETWEEN THE UNITED STATES
AND THE STATE OF ALABAMA TO
COME FOWARD AND RECOMEND TO THIS
COURT THAT PETITIONER'S CASES
BE REVEASED AND RENDRED, AND THAT

9.

HE WOULD APPOLOIZE TO PETITIONER
WINSTON DAVES FOR THE STATE OF
ALABAMA, AND THE STATE OF ALABAMA
WOULD COMPENSATE WINSTON DAVES
FOR HIS INJURIES.

RESPONDENT ALABAMA ATTORNEY
GENERAL TROY KING AND HIS
ASSISTANT ATTORNEY GENERAL JEAN A.
THERKELSEN HAS "NO CONSCIOUS
REGARD FOR THE RIGHTS OF
PETITIONER WINSTON DAVES."
AND FURTHER,

PETITIONER ASSERTS THAT
PURSUANT TO Rule 8 (D) F.R.Civ.Pro.
RESPONDENTS ALABAMA ATTORNEY
GENERAL TROY KING, AND HIS ASSISTANT
ATTORNEY "OPENLY ADMITTED THE
AVERMENTS" IN THIS INSTANT PETITION,
IN PETITIONER RESPONSE TO
RESPONDENTS ANSWER, TO SHOW CAUSE,
IN PETITIONER'S MOTION TO AMEND
SUPPLEMENT THE RECORDS, WHEN
RESPONDENTS FAILED TO DENY THE
SAME.

10.

PETITIONER WINSTON DAVES ASSERTS
THAT HE HAS [S]UBSTANTIAL EVIDENCE
OF SUCH WEIGHT AND QUALITY THAT
FAIR-MINDED PERSONS IN THE EXERCISE
OF IMPARTIAL JUDGMENT CAN
REASONABLE INFER THAT PETITIONER'S
EXHIBITS 1 THROUGH 33 ARE PRIMA-
FACIE EVIDENCE THAT PRIVET
INDIVIDUALS ACTING IN CONCERT
WITH STATE AGENTS TO WELLFULLY
AND INTENTIONALLY DEPRIVE PETITIONER
OF HIS FEDERAL PROTECTED CONSTITUT
IONAL AMENDMENT RIGHTS AND
SUPPORTED BY RESPONDENTS ANSWER,&
SUPPLEMENTAL ANSWER, TO THIS
INSTANT PETITION.


"RELIEF SOUGHT"


WHEREFORE THE ABOVE CONSIDERED,
   PETITIONER RESPECTFULLY
REQUEST THIS HONORABLE COURT,
THE KEEPER OF CONSTITUTIONAL RIGHTS
ISSUE ORDER GRANTING PETITIONER'S


11.

REQUEST FOR SUMMARY JUDGMENT
PURSUANT TO RULE 8(a) AND
RULE 56 FEDERAL RULES OF CIVIL
PROCEDURE.

DONE FEB. 25, 2007.    RESPECTFULLY,
                       Winston Davis
                       WINSTON DAVIS
                       519 SANTOLENA RD
                       DOTHAN, AL 36303


        CERTIFICATE OF SERVICE


I HEREBY CERTIFY THAT ON FEB. 25, 2007,
I PLACED A COPY OF THE FOREGOING INTO
THE UNITED STATE MAIL BOX, POSTAGE
PRE-PAID PROPERLY ADDRESSED TO THE
ALABAMA ATTORNEY GENERAL, TROY KING,
AT 11 SOUTH UNION STREET MONTGOMERY,
AL 36130

                       Winston Davis


                        11.

WINSTON DAVIS
5/4 SANFORD RD
DOTHAN, AL 36302

NO: 01:06-CV-842 MHT.

OFFICE OF THE CLERK
P.O. Box 711
MONTGOMERY, AL 36101-



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 FEB 27 A 9: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

WINSTON DAVIS
    PETITIONER,

V.

OL: 06-CV-842 MHT.
PETITIONER REQUEST
ORAL ARGUMENTS..."

STATE OF ALABAMA, et al.,
    RESPONDENTS.

MOTION FOR SUMMARY JUDGMENT
PURSUANT TO RULE 56 F.R.CIV.PRO.

COMES NOW PETITIONER WINSTON DAVIS
IN THE ABOVE-STYLED CAUSES AND
MOVES THIS HONORABLE COURT TO
ISSUE ORDER FOR SUMMARY JUDGMENT
HEARING AND STATES THE FOLLOWING

—1.

AS GROUNDS FOR SAID ORDER.

## BRIEF SUMMARY OF THIS INSTANT HABEAS PETITION

1. ON SEPTEMBER 20, 2006, PETITIONER FILED THIS INSTANT PETITION, AND ATTACHED HIS "EXHIBIT A" AFFIDAVIT IN SUPPORT THAT HE IS ACTUALLY INNOCENT OF THE CRIMES HE WAS CHARGED WITH IN STATE COURT AND CONVICTED OF AND SENTENCED TO THE STATE PENITENTIARY TO A TERM OF 40-YEARS, WITHOUT JURISDICTION.

2. ON SEPTEMBER 27, 2006, THIS HONORABLE COURT ISSUED ORDER TO RESPONDENTS, ALABAMA ATTORNEY GENERAL TO SHOW CAUSE (DOC. # 4-1)

3. ON OCTOBER 27, 2006, RESPONDENTS, ALABAMA ATTORNEY GENERAL FILED ANSWER, THERE IN RESPONDENTS

2.

"OPENLY ADMITTE" THE GENEVA COUNTY CIRCUIT COURT JUDGE CHARLES L. WOODS WAS PREJUDICE AND BIAS TOWARD PETITIONER WINSTON DAVIS AND THAT COURT APPOINTED TRIAL COUNSEL CHARLES W. BLANKENEY WAS INEFFECTIVE ASSISTANT OF COUNSEL WHEN RESPONDENTS FAILED TO DENY PETITIONER'S AVERMENTS. "RULE 8 (D) FEDERAL RULES OF CIVIL PROCEDURE", HOWEVER RESPONDENTS BASED THE STATE OF ALABAMA'S DEFENCE WHOLLY ON DAVIS'S PETITION WAS FILED OUTSIDE THE ONE-YEAR STATE OF LIMITATION PERIOD PURSUANT TO TITLE 28 U.S.C § 2244 (d)(L) (SEE RESPONDENTS ANSWER AT P. 4, PARAGRAPH 8 )

4. ON NOVEMBER L, 2006, THIS HONORABLE COURT ISSUED ORDER TO PETITIONER TO SHOW CAUSE AS TO WHY HIS FEDERAL HABEAS CORPUS PETITION SHOULD NOT BE DENIED AS IT WAS NOT FILED WITHIN THE ONE-YEAR LIMITATION PERIOD ESTABLISHED BY 28 U.S.C § 2244(d)(1). (AT PAGE 4. DOC. II N-1 )

3.

5. ON NOVEMBER 16 2006, PETITIONER,
WINSTON DAVIS FILED HIS RESPONSE
TO RESPONDANTS ANSWER PURSUANT TO
THIS COURT'S ORDER TO SHOW CAUSE
AS TO WHY HIS FEDERAL HABEAS CORPUS
PETITION SHOULD NOT BE DENIED.
        THEREIN PETITIONER SUBMITTED
"ABSOLUTE PROOF THAT WILLFULLY AND
INTENTIONAL DEPRIVERATION OF
CONSTITUTION AMENDMENT RIGHTS
CAUSED THE CONVICTION OF AN INNOCENT
PERSON."

6. ON JANUARY 18, 2007, PETITIONER,
WINSTON DAVIS FILED HIS MOTION
TO AMEND \ SUPPLEMENT THE RECORDS
TO SHOW CAUSE AS WHY THIS COURT
SHOULD NOT DENY HIS FEDERAL
HABEAS PETITION PURSUANT TO
TITLE 28 U.S.C. § 2244, THERE
IN PETITIONER SUBMITTED "ABSOLUTE
PROOF" THAT PRIVET INDIVIDUALS
ACTED IN CONCERT WITH STATE AGENTS
TO DEPRIVE PETITIONER OF HIS
CONSTITUTIONAL AND CIVIL RIGHTS, AND

4.

DUE TO INTERFERENCE BY OFFICIALS, PETITIONER DESPITE HIS REASONABLE DILIGENCE HE WAS UNABLE TO OBTAIN THE "NECESSARY PROOF" TO UNTANGLE THE SKEEN CONNECTING THE PRIVATE INDIVIDUALS WHO ACTED IN CONCERT WITH STATE AGENTS TO DEPRIVE PETITIONER OF HIS FEDERAL PROTECTED CONST. AMMENDMENT AND CIVIL RIGHTS AS "EXTRAORDINARY CIRCUMSTANCES PURSUANT TO TITLE 28 U.S.C. §2244."

7. ON FEBUARY 12, 2007, RESPONDENTS ALABAMA ATTORNEY GENERAL TROY KING AND HIS ASSISTANT ATTORNEY, JEAN A. THERKELSEN FILE SUPPLEMENTAL ANSWER, THEREIN RESPONDENTS "OPENLY ADMITT" THE FOLLOWING:

(A) THAT PETITIONER WINSTON DAVIS, IS ACTUALLY INNOCENT OF "ALL" CRIMES CC-96-219, 220, 221, CC-99-126 IN STATE COURT AND CONVICTED OF, DUE TO DEPRIVATION OF FEDERAL PROTECTED

5.

CONSTITUTIONAL AMENDMENT AND CIVIL
RIGHTS AND THAT MS. THERKELSEN
ACTING IN HER OFFICIAL CAPACITIES
AS THE ASSISTANT ATTORNEY GENERAL
IS A PARTY TOO ..."

(B) RESPONDENT'S "ADMITS" THAT PETITIONER
WINSTON DAVIS HAS "EXTRAORDINARY
CIRCUMSTANCES REQUIRED BY TITLE
28 U.S.C. SECTION 2244 FOR THIS
COURT TO INTERTAIN THIS INSTANT
PETITION WHEN RESPONDENTS FAILED
TO "DENY" PETITIONER'S AVERMENTS
IN THIS INSTANT PETITION, THE
AVERMENTS IN PETITIONER'S RESPONSE
TO RESPONDENTS ANSWER, THE
AVERMENTS IN PETITIONER'S
MOTION TO AMEND. RULE 8(D) FEDERAL
RULES OF CIVIL PROCEDURE, "HOWEVER,"

8. RESPONDENTS BASED THE STATE'S
DEFENCE WHOLLY ON DAVIS'S FAILURE
"TO SUPPORT HIS CONSPIRACY THEORIES"
AND ON "THAT GROUND RESPONDENTS ARGUE"
DAVIS'S PETITION IS DUE TO BE "DENIED"

6.

AS "BARRED BY THE STATUTE OF LIMITATION . . ." (SEE: SUPPLEMENTAL ANSWER OF RESPONDENTS PAGES 2 & 3 PARAGRAPH 3.)

## "ARGUMENTS"

PETITIONER ASSERTS THAT THE CONSPIRACY BETWEEN THE STATE OFFICIALS AND THE PRIVATE INDIVIDUALS ACTING IN CONCERT ARE FOUND IN THE WILLFULLY AND INTENTIONALLY DEPRIVATION OF FEDERAL PROTECTED CONSTITUTION AMENDMENT AND CIVIL RIGHTS WHILE ACTING UNDER COLOR OF STATE AUTHORITY, AND FURTHER

PETITIONER, ASSERTS THAT RESPONDENTS ALABAMA ATTORNEY GENERAL TROY KING AND HIS ASSIST ATTORNEY, JEAN A. THERKELSEN IS ATTEMPTING TO FURTHER THE CONSPIRACY BY COVERING UP THE CRIMES COMMITTED AGAINST PETITIONER (PURSUANT TO TITLE 18 U.S.C. SECTIONS 241 AND 242) IN ORDER "TO DEBAR" PETITIONER FROM FILING A CIVIL COMPLAINT UNDER

7.

TITLE 42 U.S.C. § 1983 AGAINST PARTIES AND ARE ASKING THIS COURT TO DENY PETITIONER WINSTON DAVIS'S FEDERAL HABERS CORPUS PETITION, AND

PETITIONER WINSTON DAVIS ASSERTS THAT HE HAS "<u>GENUINE ISSUES</u>" OF MATERIAL FACTS AND ARE ENTITLED TO JUDGMENT AS A MATTER OF LAW, RULE 56 FEDERAL RULES OF CIVIL PROCEDURE

<u>"RELIEF SOUGHT"</u>

PETITIONER WINSTON DAVIS RESPECTFULLY REQUEST THIS HONORABLE COURT TO ISSUE ORDER GRANTING HIS REQUEST FOR A SUMMARY JUDGE HEARING PURSUANT TO RULE 56, FEDERAL RULES OF CIVIL PROCEDURE ON THE NEXT AVAILABLE COURT DOCKET. AND FURTHER,

PETITIONER WINSTON DAVIS RESPECTFULLY REQUEST THIS HONORABLE COURT TO ISSUE ORDER APPOINTING COUNSEL TO

8.

ASSIST HIM IN PREPARING SUBPOENAS
TO INDIVIDUALS AND DOCUMENTS TO
BE USED AT SUMMARY JUDGMENT
HEARING, SO JUSTICE MAY BE SERVED.

RESPECTFULLY SUBMITTED

DONE THIS 2-25, 07,    Winston Davis

WINSTON DAVIES

PETITIONER,

51& SANTOLENA RD.

DOTHAN, AL 36303

CERTIFICATE OF SERVICES

I HERE BY CERTIFY THAT I HAVE ON THIS
FEB. 25, 2007, PLACED A COPY OF THE FOREGOING
PROPERLY ADDRESSED 11 SOUTH UNION STREET
MONTGOMERY, AL 36130-0152 ATTENTION
ATTORNEY GENERAL, TROY KING, AND POSTAGE
PREPARED FIRST CLASS MAIL AND DEPOSITED INTO
THE UNITED STATES MAIL BOX.

Winston Davis

9.