IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WINSTON DAVIS                             *

    Petitioner,                              *

        v.                                        *       1:06-CV-842-MHT

STATE OF ALABAMA, *et al.*,              *

    Respondents.                          *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to File a Motion for Summary Judgment, and for good cause, it is

ORDERED that the motion (Doc. No. 30) be and is hereby DENIED.

To the extent the pleading may appropriately be considered a response as required by the court's February 13, 2006 order, it shall be considered in such light.

Done this 27th day of February, 2007.

                                                /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE