IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS
    PETITIONER,

V.                                    01:06-CV-842 MHT

STATE OF ALABAMA et al.,
    RESPONDENTS.

MOTION REQUESTING 14 DAYS' EXTENSION OF TIME TO SUPPLEMENT THE PLEADING PURSUANT TO THIS COURT ORDER DATED FEBRUARY 13, 2007, (DOCUMENT # 28-1 REFERRING TO THE COURT'S NOVEMBER 1, 2006 ORDER (DOC. NO. 11) PURSUANT TO THIS COURT'S ORDER DATED FEBRUARY 27, 2007, DOCUMENT # 31-1.)

1.

COMES NOW PETITIONER, WINSTON DAVIS IN THE ABOVE STYLE CAUSE OF ACTION AND MOVES THIS HONORABLE COURT TO ISSUE ORDER GRANTING PETITIONER A 14 DAY EXTENTION OF TIME TO SUPPLEMENT THE PLEADING, AND FOR GOOD CAUSE STATES THE FOLLOWING FOR SAID ORDER.

PETITIONER ASSERTS THAT HE NEEDS ADDITIONAL TIME TO VISIT THE HOUSTON COUNTY, ALABAMA LAW LIBRARY TO REVIEW FEDERAL RULES OF CIVIL PROCEDURES WHICH GOVERNS SECTION 2254 HABEAS CORPUS PETITIONS.

DONE, MARCH 1, 2007

RESPECTFULLY SUBMITTED
Winston Davis
WINSTON DAVIS
514 SANTOLINA RD.
DOTHAN, AL 36303

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I PLACED A COPY OF THE FOREGOING INTO THE UNITED STATES MAIL BOX POSTAGE PREPAID, FIRST CLASS MAIL, PROPERLY ADDRESSED TO RESPONDENT, ALABAMA ATTORNEY GENERAL TROY KING, 11 SOUTH UNION STREET MONTGOMERY, AL 36130, ON MARCH 1, 2007.

*[signature]*

3.

GASTON DAVIS
579 SANTOCLARA RD
DOTHAN, AL 36303

CASE: 01:06-CV-842 MHT.

OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711

MONTGOMERY AL 361
01 MAR 2007 PM 2 L

36101+0711