IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WINSTON DAVIS   *

   Petitioner,   *

      v.   *   1:06-CV-842-MHT

STATE OF ALABAMA, *et al.*,   *

   Respondents.   *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The motion (Doc. No. 32) be and is hereby GRANTED;

2. Petitioner is GRANTED an extension from February 26, 2007 to March 12, 2007 to file any further response to Respondents' answer, as supplemented.

Done, this 6th day of March 2007.

        /s/ Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE