IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

WINSTON DAVIS,
        PETITIONER,

V.                                          01-06-CV-842-MHT.

STATE OF ALABAMA, et al.,
        RESPONDENTS.


MOTION FOR ORDER STAYING ALL
PROCEEDING TO THIS INSTANT FEDERAL
HABEAS CORPUS PETITION PURSUANT
TO TITLE 18 U.S.C. SECTIONS 241, 242
SECTION 1001, SECTION 1512 (B)(1)(2)(3)
(C)(1)(2)(3)(4) SECTION 1513 (A) PENDING
A FEDERAL BUREAU OF INVESTIGATION,
AS REQUIRED BY THE UNITED STATES
DEPARTMENT OF JUSTICE.


-1-

COMES NOW PETITIONER WINSTON DAVIS IN THE ABOVE-STYLED CAUSE OF ACTION AND MOVES THIS HONORABLE COURT FOR ORDER STAYING ALL PROCEEDING TO THIS INSTANT PETITION, AND STATES THE FOLLOWING AS GROUNDS FOR SAID ORDER.

## BRIEF SUMMARY OF THIS INSTANT PETITION

1. ON SEPTEMBER 21, 2006, PETITIONER WINSTON DAVIS FILED THIS INSTANT FEDERAL PETITION.

2. ON SEPTEMBER 27, 2006, THIS COURT ISSUED ORDER TO RESPONDENTS, TO SHOW CAUSE

3. ON OCTOBER 27, 2006 RESPONDENTS ALABAMA ATTORNEY GENERAL TROY KING, AND/OR HIS ASSISTANT ATTORNEY, JEAN A THERKELSEN FILED ANSWER.

4. ON NOVEMBER 16, 2006, PETITIONER WINSTON DAVIS FILED HIS RESPONSE TO RESPONDENTS ANSWER PURSUANT TO THIS COURTS ORDER TO SHOW CAUSE AS WHY HIS FEDERAL HABEAS CORPUS PETITION SHOULD NOT BE DENIED AS IT WAS FILED OUTSIDE THE STATUTE OF LIMITATION PERIOD ESTABLISHED BY TITLE 28 USC. § 2244(D)(4).

THEREIN PETITIONER SUBMITTED "ABSOLUTE PROOF" THAT WILLFULLY AND INTENTIONALLY DEPRIVATION OF FEDERAL PROTECTED CONSTITUTIONAL RIGHTS CAUSE THE CONVICTION OF AN INNOCENT PERSON AND CITED PROPER LAW.

5. ON JANUARY 18, 2007, PETITIONER WINSTON DAVIS FILED HIS AMENDED SUPPLEMENT THE RECORDS TO THIS INSTANT PETITION.

THEREIN PETITIONER SUBMITTED "ABSOLUTE PROOF" THAT

3.

A CONSPIRACY EXIST BETWEEN PRIVET INDIVIDUALS AND STATE AGENTS WILLFULLY AND INTENTIONALLY DEPRIVED PETITIONER WINSTON DAVIS OF HIS FEDERAL PROTECTED CONSTITUTIONAL RIGHTS \ CIVIL RIGHTS ACTING UNDER THE COLOR OF LAW, "IN RETALIATION" AGAINST PETITIONER FOR BLOWING THE WHISTLE ON AN ARSON RING WHICH INVOLVED THE STATE AGENTS INCLUDING THE PRIOR ALABAMA ATTORNEY GENERAL BILL PRYOR AND HIS ASSISTANT ATTORNEY JEAN A THERKELSEN WHILE ACTING AS APPELLEE'S AND AS "ABSOLUTE PROOF" SUBMITTED APPELLEE'S BRIEF AND ARGUMENT. ( PT'S EX. 28, 27, AND 26 )

G. ON FEBRUARY 12, 2007, RESPONDENTS ALABAMA ATTORNEY GENERAL TROY KING? AND HIS ASSISTANT ATTORNEY FILED SUPPLEMENTAL ANSWER, THEREIN RESPONDENT

4.

ATTEMPTS TO MISLEAD THIS COURT WITH INTENT TO INFLUENCE, DELAY OR PREVENT PETITIONER FROM A FULL AND FAIR HEARING OF HIS FEDERAL HABEAS CORPUS PETITION AS RESPONDENTS DID IN HIS FEDERAL PETITIONS <u>WINSTON DAVIS V. BELLY OWNS</u> CIVIL NO. 00-A-343-S, (APRIL 19, 2000, SEE: PETITIONER'S EXHIBIT 29,) <u>WINSTON DAVIS V. JAMES DELOACH</u> CIVIL NO: 02-T-718-S (July 8, 2002) IN A DIRECT VIOLATION OF TITLE 18 USC § 1512(B) (1)(2)(3)(C)(L)(E)(3)(4)

PETITIONER WINSTON DAVIS ASSERTS THAT A PART OF THE "SCHEME" WAS TO DESTROY HIS BUSINESS, FORCE HIM INTO BANKRUPTCY PROCEEDING (SEE: PETITIONERS EXHIBIT 15) AND UNDER "FALSE PRETENCE OF CRIMINAL OFFENCES CC-96-219, 220 + 221" STEAL HIS MONEY (SEE: PETITIONER EXHIBIT 17 AND 18 TO BE DIVIDED

5.

BETWEEN THE STATE AGENTS WHILE ACTING UNDER THE COLOR OF LAW... AND UNDER "FALSE PRETENCE OF A CRIMINAL OFFENCE CC-98-126" FORCE PETITIONER TO PAY $30,000.00 IN RESTITUTION WITH INTENT TO STEAL SAID $30,000.00 (SEE: PETITIONER'S EXHIBIT 9 AT R-401, SUPPORTED BY EXHIBIT 7, 8 AT R-382, EXHIBIT 10, AND SLANDER) LIBLE PETITIONER (SEE: PETITIONER'S EX 33) DESTROY PETITIONER'S FAMILY, AND LEAVING PETITIONER WINSTON DAVIS IN FINANCIAL RUIN TO PREVENT HIM FROM HAVING FUNDS FOR WHICH TO HIRE PRIVATE INVESTIGATOR TO COMPLETE A WRITTEN REPORT SHOWING PROOF THAT A CONSPIRACY EXISTS BETWEEN PRIVATE INDIVIDUALS AND STATE AGENTS TO WILLFULLY AND INTENTIONALLY DEPRIVED PETITIONER OF HIS FEDERAL PROTECTED CONSTITUTIONAL RIGHTS (CIVIL RIGHTS

6.

AND THEY DID IT WHILE ACTING UNDER THE COLOR OF LAW IN A DIRECT VIOLATION OF TITLE 18 UNITED STATES CODE SECTIONS 241 AND 242."

PETITIONER ASSERTS THAT ON MARCH 5, 2007, HE SPOKE WITH AN F.B.I. AGENT DOTHAN, ALABAMA REGARDING THE CONSPIRACY BETWEEN THE PRIVATE INDIVIDUALS ACTING IN CONCERT WITH STATE AGENTS TO WILLFULLY AND INTENTIONALLY DEPRIVE PETITIONER WINSTON DAVIS OF HIS FEDERAL PROTECTED CONSTITUTIONAL RIGHTS/CIVIL RIGHTS,

SAID FEDERAL AGENT, INFORMED PETITIONER TO FILE A COMPLAINT AGAINST THE PRIVATE INDIVIDUALS AND STATE AGENTS SHOWING A BRIEF SUMMARY OF CONSTITUTIONAL RIGHTS/CIVIL RIGHTS AND UPON THEIR REVIEW THEY WOULD ACT ACCORDINGLY, PURSUANT TO TITLE 18, U.S.C. SECTIONS 241 AND 242.

7

PETITIONER ASSERTS THAT HE WILL FILE A COMPLAINT, HE WILL ATTACHED AN AFFIDAVIT UNDER OATH, SUPPORT HIS COMPLAINT WITH 33 EXHIBITS WHICH ARE IN FRONT OF THIS COURT FOUND IN THIS INSTANT PETITION NO LATER THAN APRIL 1, 2007.

THEREFORE THE ABOVE CONSIDERED PETITIONER RESPECTFULLY REQUEST THIS HONORABLE COURT THE KEEPER OF CONSTITIONAL AMENDMENT RIGHTS \ CIVIL RIGHTS TO ISSUE ORDER STAYING ALL PROCEEDING IN THIS INSTANT PROCEEDING PENDING A FEDERAL INVESTIGATION INTO THIS MATTER, AND RESPONDENT ALABAMA ATTORNEY GENERAL TROY KING, "IF INNOCENT" WILL WELCOME THE INVESTIGATION TO CLEAR HIS GOOD NAME.

DONE MAR. 11, 2007

RESPECTFULLY
Winston Davis
CONT...

8.

WINSTON DAVIS
514 SENTOGWA RD.
DOTHAN, AL 36303

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON MARCH 11, 2007, I PLACED A COPY OF THE FOREGOING, PROPERLY ADDRESS TO RESPONDENTS ALABAMA ATTORNEY GENERAL BY PLACING INTO THE UNITED STATES MAIL BOX, POSTAGE PRE-PAID FIRST CLASS MAIL 11 SOUTH UNION STREET MONTGOMERY AL 36130 ATTENTION: TROY KING

Winston Davis

9.

WESTON DAVIS RD
519 SWITZER JR
DOTHAN, AL 36303

1:06cv842-MHT

OFFICE OF THE CLERK
UNITED STATES D.C.
P.O. BOX 711
MONTGOMERY, AL 36101-0711

MONTGOMERY AL 361
12 MAR 2007 PM 1 T

36101+0727 B007

