IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.,* | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Petitioner has filed a Motion to Stay Proceedings. He requests that the instant action be stayed pending a federal investigation into the matters challenged in the instant action. Petitioner's motion has been read, considered, and shall be denied.

Accordingly, it is

ORDERED that the Motion to Stay Proceedings (Doc. No. 34) be and is hereby DENIED.

Done this 15th day of March, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE