IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION



| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| PETITIONER, | * | |
| V. | * | 01: 06 - CV - 842 - M.H.T. |
| STATE OF ALABAMA, et al., | * | |
| RESPONDENTS. | * | |

MOTION REQUESTING PERMISSION TO SUPPLEMENT THE RECORDS IN SUPPORT OF PETITIONER'S CONSPIRACY THEORIES THAT PRIVET INDIVIDUALS ACTING IN CONCERT WITH STATE AGENTS TO DELAY, HENDER \ OR PREVENT HIM FROM SEEKING RELEIF IN THIS COURT, PURSUANT TITEL 28 U.S.C. SECTION 2254, UNTIL THE STATUTE OF LIMITATION PEROID EXSPIRED PURSUANT TO TITLE 28 U.S.C. SECTION 2244 ( d )( 1 ), WITH NEW [S]UBSTANTIAL TRUST WORTHY EVIDENCE.

Comes Now Petitioner, Winston Davis In The Above Styled - Cause, And Moves This Honorable Court To Issue Order, Allowing Petitioner To Supplement The Records, And For Good Cause States The Following An Grounds For His Reguest For Said Order.

BREIF SUMMARY OF THIS
INSTANT HABEAS PETITION

1.) On September 21, 2006, Petitioner Filed This Instant Petition, Therein Petitioner Attached An Affidavit In Support That He Is Actually Innocent Of All Crimes He Was Convicted Of In The Geneva County Circuit Court Therein Said Petition He Attacked The Conviction On Two ( 2 ) Grounds as

1.

( 1 ) Denial of Due Process And Equal Protection Of The Law, And Prejudice On The Part Of The Trial Court Judge, and

( 2 ) Ineffective Of Assistance Of Counsel. And futher,

2.) On September 27, 2006, This Honorable Court Issued Order, To Alabama Attorney General, To Show Casue, and Futher,

3.) On October 27, 2006, Respondents, Filed Answer, Therin Respondents Answer, At P. 4, Paragraph 8, The State Based It's Defence Wholly On Title 28 U.S.C. Sec. 2244 ( d )( 1 ), That Davis's Petition Is Due To Be Denied Because It Was Barred By The Federal Statute Of Limitation. And Futher,

4.) On November 16, 2006, Petitioner Filed His Response To Respondente Answer, Pursuant To This Court's Order To Show Cause As To Why This Court Should Not Deny Petitioner's Habeas Petition, Therein Petitioner Submitted Absolute Proof That Wilfully And Intentionally Deprivations Of Federal Protected Constitutional Rights Caused The Conviction Of An Innocent Man, and Cited Proper Law. And Futher,

5.) On January 16, 2007, Petitioner, Filed Motion To Amend, Supplement The Records, Therein Petitioner Submitted Absolute Proof That A conspiracy Between Privet Individuals, Acting In Concert With State Agents, Hender, Delayed, And Prevented Petitioner From Filing His federal Habeas Petition In A Timely Manor, Pursuant To Title 28 U.S.C. [ Section 2244 ], and Cited Proper Law. And Futher,

6.) On Feburary 12, 2007, Respondents Filed Supplemental Answer, Therein Respondents, Asserted That Petitioner Failed To Submitte Sufficient Evidence To Support His Conspiracy Theories, And Therefore, Davis's Federal Habeas Petition Is Due To Be Denied, As Filed Outside The Federal Statute Of Limitation, And Did Not Deny, That Petitioner Winston Davis, Is Actually Innocent, Nor Did Respondents Deny That Petitioner Winston Davis Is A Victim Of False Arrest, False Imprisonment, And A Victim Of Malicious Prosecution. And Futher,

7.) On April 20, 2007, Petitioner, Filed A Criminal Complaint, Against The Privet Individuals, And State Agents Who Deprived Him Of His Federal Protected Constitutional Rights, While Acting Under Color Of Their State Authority, Whih The UNITED STATES DEPARTMET OF JUSTICE, FOR VIOLATION OF TITLE 18 U.S.C. SECTIONS 241 & 242, BASED

WHOLLY ON PETITIONER, PLEADINGS, HIS EXHIBITS, AND RESPONDENTS ANSWERS, FOUND IN THIS INSTANT HABEAS CORPUS PETITION. And Futher,

8.) ON JUNE 15, 2007, PETITIONER WINSTON DAVIS, RECEIVED A RESPONSE FROM THE UNITED STATES DEPARTMENT OF JUSTICE, REGARDING HIS COMPLAINT ( AS FOUND IN PARAGRAPH 7 ABOVE ) WHICH STATES IN PERTINENT PART:

WE HAVE CAREFULLY REVIEWED THE THE INFORMATION YOU FURNISHED AND CONCLUDED BECAUSE OF THE STATUTE OF LIMITATION HAS EXSPIRED, THERE IS NO PROSECUTABLE VIOLATION OF FERERAL CRIMINAL RIGHTS STATUTES.

SEE: PETITIONER WINSTON DAVIS'S EXHIBIT 35.

## ARGUMENT

PETITIONER ASSERTS THAT IF HE HAD FILED HIS CRIMINAL COMPLAINT PURSUANT TITLE 18 U.S.C. SECTIONS 241 & 242, SOME TWO ( 2 ) YEARS EARLIER, THE PROPER PARTIES MEMBERS OF THE CONSPIRACY WOULD HAVE BEEN ARRESTED, FOR VIOLATION OF THOSES SECTION, AND THE PROPER PARTY MEMBERS TO THE CONSPIRACY, PRIVET INDIVIDUALS, AND STATE AGENTS, ( INCLUDING THE PRIOR ALABAMA ATTORNEY GENERAL, BILL PRYOR, AND HIS ASSISTANT ATTORNEY JEAN A. THERKELSEN ), KNEW THIS, AND PROCEEDED TO COVER UP THESE CRIMES, BY THE FOLLOWING:

IN RETALIATION AGAINST PETITIONER WINSTON DAVIS FOR BLOWING THE WHISTLE ON THE ARSON RING, PETITIONER WAS FORCED TO ENDURE A TERM OF 40 YEARS IN THE STATE PENITENTIARY BY A CORRUPT CIRCUIT COURT JUDGE, WHEN HE WAS WITHOUT JURISDICTION, TO SUFFER SEVERE, EXTREME EMOTIONAL DISTRESS, AND WAS INTENDED THAT PETITIONER DIE OF OLD AGE BEFORE HE COULD UNTANGLE THE SKEIN TO PREVENT PETITIONER FROM FILING HIS PETITION FOR WRIT OF FEDERAL HABEAS CORPUS PETITION 28 U.S.C. SECTION 2254, IN A TIMELY MANNER. And Futher,

PETITIONER WINSTON DAVIS ASSERST THAT HE HAS MEET THE BURDEN OF PROOF PURSUANT TO TITLE 28 [ SECTION 2244 ], THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND OTHER FEDERAL CIRCUITS PREMITS EQUITABLE TOLLING WHEN A MOVANT UNTIMELY FILES BECAUSE OF EXTRAORDINARY CIRCUMSTANCES THAT ARE BOTH BEYOND HIS CONTROL AND UNAVOIDABLE AND WITH DILIGENCE, CITING: STEED V. HEAD 219 F.3D 1298, 1300, ( 11th circuit, 2000. ), CITING OTHER CASE LAW, AND THAT CONSPIRACY, DESPITE PETITIONER'S REASONABLE DILIGENCE'S, HE WAS UNABLE TO OBTAIN THE BURDEN OF PROOF THAT A CONSPIRACY EXISTED UNTIL JUNE 15, 2007, AS FOUND IN HIS EXHIBIT 35. And futher,

PETITIONER ASSERTS THAT, A FERERAL HABEAS CORPUS PETITION, TITLE 28 U.S.C. SECTION 2254, WAS INTENDED TO SECURE JUSTICE FOR ALL... WHICH PERMITS AN ACCUSED A FULL AND FAIR HEARING IN FRONT OF A NEUTRAL JUDGE.

PETITIONER FUTHER ASSERTS THAT, A FEDERAL HABEAS CORPUS, IS THE MOST FUNDAMENTAL CHECK ON EXECUTIVE POWER IN THE UNITED STATES CONSTITUTION, THE SUPREME COURT HAS ASSERTED THAT HABEAS IS THE FUNDAMENTAL INSTRUMENT FOR SAFEGUARDING INDIVIDUAL FREEDOM AGAINST LAWLESS STATE ACTIONS. And Futher,

PETITIONER ASSERTS THAT, THOMAS JEFFERSON, CALLED HABEAS CORPUS ONE OF THE ESSENTIAL PRINCIPLES OF OUR GOVERNMENT AND EXTOLLED IT FOR SECURING EVERY MAN HERE, ALIEN OR CITIZEN, AGAINST EVERYTHING WHICH IS NOT LAW, WHATEVER SHAPE IT MAY ASSUME..."

PETITIONER FUTHER ASSERTS THAT, RESPONDENTS HAVE NOT DENIED THAT WILFULLY AND INTENTIONALLY DEPRIVATIONS OF FEDERAL CONSTITUTIONAL RIGHTS HAVE CAUSED THE CONVICTION OF AN INNOCENT MAN, WHO IS A VICTIM, OF FALSE ARREST, FALSE IMPRISONMENT AND MALICIOUS PROSECUTION, AND OTHER CRIMES.

## RELEIF SOUGHT

WHEREFORE, THE ABOVE CONSIDERED, PETITIONER RESPECTFULLY

THAT THIS HONRABLE COURT, TO ISSUE ORDER GRANTING THIS REQUEST TO SUPPLEMENT THE RECORDS, AND ISSUE ORDER, ALLOWING PETITIONER'S HABEAS PETITION, AS TIMELY FILED UNDER EXTRAORDINARY CIRCUMSTANCES. And

ISSUE ORDER TO RESPONDENT ALABAMA ATTORNEY GENERAL, <u>TROY KING</u> GIVING HIM OPPERTUNITY TO CONTRADICT THE UNITED STATES DEPARTMENT OF JUSTICE'S FINDING ( AS FOUND IN PETITIONER'S EX. 35.) OR OPPERTUNITY TO COME FOWARD, AND RECOMMEND TO THIS COURT TO ISSUE ORDER TO REVERSE AND RENDER CC-99-126, AND REQUEST ORDER TO EXPUNGE PETITIONED FICITIOUS CRIMINAL RECORDS, AND PUBLICLY APOLOGIZE TO PETITIONER WINSTON DAVIS, FOR THE STATE OF ALABAMA, AND OFFER COMPENSATION FROM THE ALABAMA VICTIM'S RELEIF FUNDS FOR HIS INJURIES, TO MAKE HIM WHOLE, OR SET A HEARING ON THE NEXT AVAILABLE COURT DOCKET, Failure of This COURT TO ENTERTAIN THIS PETITION WILL RESULT IN A MISCARRAGE OF JUSTICE.

Done This July 23, 2007,

Respectfully Submitted,

_/s/ Winston Davis/_
WINSTON DAVIS
519 Santolina Road
Dothan, Al 36303.

<u>Certificate Of Service</u>

I Hereby Certificate That I Placed A Copy Of The Foregoing, Properly addressed To Respondents, Postage Prepaid, First Class Mail, In The United States Box, On July 23, 2007.

_/s/ Winston Davis/_
WINSTON DAVIS

5,

U.S. Department of Justice

Civil Rights Division

MJK:kjc:kw
DJ 144-2-0

*Criminal Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

Mr. Winston Davis
1404 Stadium St. Apt. L
Dothan, AL  36301

JUN 1 2 2007

Dear Mr. Davis:

This is in response to your letter dated April 20, 2007, in which you alleged civil rights violations committed by arson investigators and the district attorney's office, as well as the Geneva County Circuit Court Judge, concerning your criminal trials in 1997 and 2000.

The Criminal Section of the Civil Rights Division has the responsibility of enforcing federal criminal civil rights statutes. The enforcement activity primarily involves deprivations of civil rights under color of law, and generally the use of excessive physical force by law enforcement officers. Please note that the federal criminal civil rights statutes have a five year statute of limitations from the date of the incident, except in a case of an intentional killing in which case there is no statute of limitations, or in a case involving religious interference, in which case the statute of limitations is seven years.

We have carefully reviewed the information you furnished and concluded that there is no prosecutable violation of federal criminal civil rights statutes. Accordingly, we are unable to assist you. This case has been litigated in the courts of the State of Alabama. Therefore, any appellate relief should be sought through the state and possibly the federal appellate courts. The Department of Justice does not have the authority to sit in review of legal issues previously addressed by trial courts. We regret that we cannot be of further assistance to you.

*PETITIONER WINSTON DAVIS'S*

*EX. 35.*

- 2 -

Thank you for bringing this matter to our attention.

       Sincerely,

       Mark J. Kappelhoff
       Section Chief
       Criminal Section
       Civil Rights Division

By: *[signature]*

       Kevin J. Callahan
       Paralegal Specialist
       Criminal Section



OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711

STON DAVIS
SANTOLWIT RD.
DOTHAN, AL 36303

CIVIL NO:
01:06-CV-842 MHT.