IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's July 24, 2007 pleading, construed as a motion to supplement his response to Respondents' answer and supplemental answer, it is

ORDERED that the motion (Doc. No. 36) be and is hereby GRANTED.

Done, this 26th day of July 2007.

  /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE