IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 AUG 14 A 9:35

WINSTON DAVIS           *

   Petitioner,        *

V.                      *       01: 06 - CV - 842 - M. H. T.

STATE OF ALABAMA, et al.,   *

   Respondents.       *

**MOTION REQUESTING ORDER ALLOWING PETITIONER TO PROCEED TO RULE 11 FEDERAL RULES OF CIVIL PROCEDURE WHICH GOVERNS 42 U.S.C. SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURTS FOR FINAL DISPOSITON OF THIS INSTANT PITITION BASED ON THE MERITS:**

Comes Now Petitioner Winston Davis In The Above Styled Cause Of action And Moves This Honorable Court For Order Setting A Hearing For Final Dispostion Based On The Undisputed Facts Of This Instant Petition, And For Good Cause States The Following As Grounds For His Request.

1.

## Brief Summary Of This Instant Petition

1.) On September 21, 2006, Petitioner Filed This Instant Petition, Therein, He Attacked His Conviction For First Degree Theft By Deception Imposed Upon Him The Circuit Court For Geneva County, Alabama On June 8, 2000, Based On Two (2) Grounds:

(1) The Trial Prejudice And Bias On The Part Of The Trial Court Judge;

(2) And Ineffective Assistance Of Trial Court Counsel,

( See: This Instant Petition Pages 2 Through 24. ), And Further,

Therein This Instant Petition, Petitioner, Attached His Exhibit A, Affidavit Of Actual Innocent.

2.) On September 27, 2006, This Honorable Court Issued Order, To The Alabama Attorney General To Show Cause, Pursuant To Rule 5 Of The Rules Governing Sec. 2254 Cases In The Districts. ( See: Document #: 4-1.), And Futher,

3.) On October 27, 2006, Respondents Alabama Attorney General Filed Answer, At Pp. 4, 5, & 6., Therein Said Answer, Respondents Based Their Affirmative Defence Wholly On Title 28 United States Code Sec. 2244 (d)(1), That Davis's Petition Was Not Filed Within The One-year Statute Of Limitation Period, Accordingly, Davis's Petition For Writ Of Federal Habeas Corpus Is Due To Be Denied. And Futher,

4.) On November 1, 2006, This Honorable Court Issued Order To Petitioner, To Show Cause As To Why His Federal Habeas Corpus Petition Should Not Be Denied, As It Was Not Filed Within The One-year Limitation Period Established By 28 U.S.C. Sec. 2244 (d)(1), ( See: document #: 11-1 ), And Futher,

5.) On November 16, 2006, Petitioner Winston Davis, Filed His response To Respondents Answer, pursuant To This Court's Order To Show Cause As To Why His Federal Habeas Corpus Petition Should Not Be Denied, Therein Petitioner Submitted Absolute Proof That Wilfully And Intentional Deprivation Of Federal Protected Constitutional Rights Caused The Conviction Of An Innocent Man And Supported By Exhibits. And futher,

6.) On Junary 18, 2007, Petitioner, Filed Motion To Amend \ Supple-Ment The Records To Show Cause As Why This Court Should Not Deny This Instant Petition Pursuant To Title 28 U.S.C. Sec. 2244, Therein Petitioner Submitted Absolute Proof That A Conspiracy Between State Agents Prevented Petitioner From Filing His Federal Habeas Corpus petition In A Timley Manor, And Cited Proper Law, Supported By Exhibits. And Futher,

7.) On January 23, 2007, This Honorable Court Issued Order To Response, Alabama Attorney General, To File Supplemental Answer Addressing Petitioner's Assertion That He Is Entitled To Equitable Tolling Of The Limitation Period Until The Filing Of His Petition Because A Group Of Individuals, Including State And Municipal Officals, Have Conspired Against Him To Deprive Him Of His Constitutional And Civil Rights. And Futher,

8.) On February 12, 2007, Respondents, Alabama Attorney General Filed Supplemental Answer, Therein At pp. 2 & 3, Respondents Asserts That Davis's <u>Unsupported Conspiracy Theories Do Not Entitled Him To Equitable Tolling Of The Limitation Period. Other Than Making Bare accusations, He Has Not Supported His Burden Of Proof.</u> And Futher,

9.) On July 24, 2007, Petitioner Winston Davis Filed A Motion To Supplement His Response To Respondents Answer And Supplemental Answer ( See: Doc. No. 36 ) Therein Petitioner Submitted Absolute Proof In Support Of His Conspiracy Theories, ( See: ex. 35. ) That Privet Individuals Acting In Concert With State Agents To Delay, Hender \ Or Prevented Him From Seeking Relief In This Court, Pursuant To Title 28 U.S.C. Sec 2254, Until The Statute Of Limitation Period Had Exspired Pursuant To Title 28 U.S.C. Sec. 2244 ( d )( 1 ). and Futher,

10.) On July 26, 2007, This Honorable Court Issued **Order That Petitioner's Motion ( Doc. No. 36 ) Be And Hereby Granted.**

11.) **On August 9, 2007, Respondents Time Of 14 Days To Rebutt Or Contradict Petitioner's Exhibit Number 35 Exspired..."**

3.

## ARGUMENT

Petitioner Winston Davis Asserts That Respondents Answer And Supplemental Answer Are Devoid Of Any Denial Of Petitioner Averments, Found In This Instant Petition, His Response, His Motion To Amend\supplement The Records His Motion To Supplement His Response, Or His Exhibit A, Affidvait, In Support Of Actual Innocent And Supported With Ex's 1 Through 35, found In This Instant Petition.

Petitioner Winston Davis Asserts That Evidence Which Has Not Been Rebutted Nor Contradicted Must Be Considered As Prima Facie Evidence As True.

## RELIEF SOUGHT;

WHEREFORE, The Above Considered, Petitionter Prays That This Honorable Court To Issue Order That Petitioner Has Met His Burden Of Proof Which Entitled Him To Equitable Tolling Of The Limitation Period, As Set Forth Under Title 28 U.S.C. [ SEC. 2244 ], And,

Because This Federal Habeas Corpus Petition Is <u>Rip For Picking</u>..."

Petitioner Winston Davis Prays That This Honorable Court To Grant Him Relief Sought In This Instant Petition, Based On The Merits, With Or Without A Hearing, And Issue Order Of Petitioner Winston Davis's Immediate Release From State Custody, Failure Of This Court To Do So, Will Result In A Miscarrage Of Justice, Giving The State Agents Opportunity To Retaliate Against Petitioner One Last Time, And An Innocent Man Will Not Endure It..."

Done This 12th Day Of August, 2007.

Respectfully Submitted,
*Winston Davis*
WINSTON DAVIS
519 Santolina Road
DOTHAN, AL 36301

Certificate Of Service

I Hereby Certificate That On this 12th Of August 2007, I Placed A Copy Of The Foregoings Into The united States Mail postage Pre paid, First Class Mail, Properly Adressd To Respondents, At 11 South Union St. Montgomery, Al 36130. *Winston Davis*

4.

GASTON DAVIS
514 SANTOLENA RD.
NOTHAD, AL 36303

CASE NO:
01:06-CV-842 M.H.T.

MONTGOMERY AL 361
13 AUG 2007 PM 3 L

OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0711