IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion to Set Hearing for Final Disposition, it is ORDERED that the motion (Doc. No. 38) be and is hereby DENIED.

The court is aware that this matter is pending review, as are many cases filed both before and after the present petition was filed, and a decision shall be rendered on the petition in due course as the court's schedule permits.

Done, this 17th day of August 2007.

   /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE