IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2007 NOV 27 A 9: 34

[illegible] P. [illegible]
U.S. DISTRICT C[illegible]
MIDDLE DISTRICT AL[illegible]

**WINSTON DAVIS**
   Petitioner,

V.     *     1: O6 - CV - 842 - M. H. T.

**STATE OF ALABAMA, et al.,**
   Respondents.

MOTION REQUESTING PERMISSION TO FILE A RULE 56(a),
MOTION FOR SUMMARY JUDGMENT AS A MATTER OF LAW,
BASED ON PETITIONER'S PLEADING, HIS RESPONSE, HIS
MOTION TO SUPPLEMENT HIS RESPONSE TO RESPONDENTS
ANSWER, SUPPLEMENTAL ANSWER, HIS AMENDED PETITION,
HIS EXHIBTS, 1 THROUGH 35, HIS AFFIDIVAT, EXHIBIT A,
RESPONDENTS ANSWER & SUPPLEMENTAL ANSWER, AND THE
LACK OF A SECOND SUPPLEMENTAL ANSWER, PURSUANT
TO F. R. CIV. P., WHICH GOVERN SECTION 2254(a) CASES IN
THE UNITED STATES DISTRICT COURTS.

Comes Now Petitioner Winston Davis, In The Above Styled Cause, And Moves This Honorable Court To Issue Order Granting Petitioner Permission To File His Rule 56(a), Motion For Summary Judgment, As A Matter Of Law, Based On His Pleading, His Response, His Motion To Supplement His Response To Respondants Answer And Supplemental Answer His Amended Petition, His Exhibits 1 Through 35, His Affidavit, Exhibit A, Pespondents Answer And Supplemental Answer, And The Lack Of A Second Supplemental Answer, Pursuant To Federal Rules Of Civil Procedure.

1.

## BRIEF    SUMMARY    OF    THIS    INSTANT    PETITION:

1. On September 21, 2006, Petitioner Winston Davis Filed This Federal Writ Of Habeas Corpus Petition, Pursuant To Title 28 U. S. C. Section 2254 ( a ), And Attached An Affidavit, Exhibit A, Actual Innocent, Based On Two Grounds As Follows:

( 1 ), The Action Of The Trial Court Judge, Deprived Petitioner Winston Davis Of His Rights To Due Process Of Law, Under The Fourteenth Amendment To The United States Constitution, And Article 1, Section 6, Alabama Constitution Of 1901, Due To His Prejudice And Bias Toward Petitioner For Blowing The Whistle On An Arson Ring Operating In And Around Geneva County, Alabama, ( See: This Instant Petition At Page 21, Citing Paragraphs And Supported With Exhibits, As Absolute Proof. ) And

( 2 ) Ineffective Assistant Of Counsel. ( See: This Instant Petition At Page 22, Citing Paragraphs and Supported With Exhibits, As Absolute Proof. )

2. On September 27, 2006, This Honorable Court Issued Order To Alabama Attorney General, To Show Cause. ( See: Document # 4 -1 ).

3. On October 27, 2006, Alabama Attorney General, Filed Answer Of Respondents.

4. On November 1, 2006, This Honorable Court Issued Order To Petitioner To Show Cause As Why His Federal Petition Should Not Be Denied As It Was Not Filed Within One - year Limitation Period Established By Title 28 U.S.C. Sec. 2244 ( d ) ( 1 ). ( See: Document # 11 -1 ).

5. On November 16, 2006, Petitoner, Filed His Response To Respondents Answer, Pursuant To This Honorable Court's Order, Therein Petitioner Submitted Absloute Proof That Wilfull And Intentional Deprivation Of Constitutional Rights Caused The Conviction Of An Innocent Man, And Cited Proper United States Court's Law, ( See: Petitioner's Response at Pages 21, 22 & 23, Citing Paragraphs, And Exhibits As Absolute Proof. )

6. On January 18, 2007, Petitioner Filed Motion To Amend / Supplement The Records To Show Cause As Why His Federal Petition Should Not Be Deined, Pursuant To Title 28 U.S.C. Sec. 2244, Added Ground Three **CONSPIRACY To Deprive Civil Right, Acting Under The Color Of Law,** Cited Proper Law For Releif. ( See: Amended Petition, Pages 2, Through 69, Attached Total Exhibits 1 Through 33, To This Instant Petition As Absolute Proof.).

7. On February 12, 2007, Respondents, Alabama Attorney General Filed Supplemental Answer, Therein At Page 2 and 3, Paragraph 3, Respondents Aver That Davis's Unsupported Conspiracy Theories Do Not Entitle Him To Equitable Tolling Of The Limitation Period, And His Petition Is Due To Be Denied As Barred By The Statute Of Limitation.

8. April 20, 2007, Petitioner Winston Davis Filed A Criminal Complaint With The United States Department Of Justice, Civil Rights Division, Against The Named Privet Individuals And State Agents, For Violation Of Title 18 U.S.C. Ses's 241 And 242, Using This Petition With Exhibits Attached 1 Through 33, As Absolute Proof.

9. On June 15, 2007, Petitioner Received A Written Report From The United States Department Of Justice, Civil Rights Division, Regarding Petitioner's Complaint As Found In Paragraph 8 Above.

10. On July 24, 2007, Petitioner Winston Davis Filed Motion To Supplement His Response To Respondents Answer And Supplemental, And Submitted A Copy Of The Written Peport Completed By The United States Department Of Justice, Civil Rights Division, As Petitioner's Exhibit # 35, As Absolute Proof, To Support His Conspiracy Theories, That Privant Individuals Acting In Concert With State Agents To Deprive Petitioner Of His Federal Protected Constitutional Rights / Civil Rights, Under The Color Of State Law.

11. On July 26, 2007, This Honorable Court Issued Order, Granting Petitioner's Motion To Supplement His Response To Respondents Ansrer, And Supplemental Answer. ( See: Document # 37 - 1. ).

12. On August 10, 2007, Respondents, Alabama Attorney General's Time To File A Second Supplemental Answer **CONTRADICTING PETITIONER'S EXHIBIT # 35, EXPIRED..."**

### STATEMENT OF UNDISPUTED FACTS:

Petitioner Asserts That Respondents Answer And Supplemental Answer Are Devoid Of Any Denial Of Petitioner's Pleading, His Response, His Amended Petition, His Motion To Supplement His Response To Respondents Answer And Supplemental Answer, His Exhibits 1 Through 35 Attached To This Petition, His Affidavit, Ex. A, Actually Innocent, Must Be Considered Prima Facie Evidence As True.

3.

## RELIEF   SOUGHT :

**WHEREFORE,** The Above Considered, Petitioner Asserts That He Is Entitled To A Summary Judgment As A Matter of Law, Pursuant To Federal Rules Of Civil Procedure, Rule 56(a), **On The Grounds That The A Conspiracy Between Privet Individuals Acting In Concert With State Agents, Acting Under The Color Of Law To Punish Petitioner Winston Davis For Informing On An Arson Ring, Wilfully And Intentionally Deprived Petitioner Winston Davis Of Federal Protected Constitutional Rights / Civil Rights To Due Process And Equal Protection Of The Law, When They Deprived Petitioner Of His Life, Liberties And Property, Without First Being Duly Convicted, In violation Of The Relevant Statutory Provisions Of The Civil Rights Act Of 1866, 14 Stat. 27, Sec. 2, (1866).,** And Futher,

Pursuant To The Civil Rights Act Of 1866, 14 Stat. 27 (1866), Is An Act To Protect All Persons In The United States In Their Civil Rights, And Furnished The Means Of Their Vindication, Sec. 3, Pursuant To Title 28 U.S.C. Section 2254(a), Which States In Pertinent Part:   HEADING  Sec. 2254, State Custody; Remedies In Federal Court,  STATUTE (a) The Supreme Court, A Justice Thereof, A Circuit Judge, Or A District Court Shall Entertain An Application For A Writ Of Habeas Corpus In Behalf Of A Person In Custody Pursuant To The Judgment Of A State Court ONLY On The Ground That He Is In Custody In Violation Of The Constitution Or Laws, Or Treaties Of The United States. And Futher,

Petitioner Winston Davis Asserts That He Has Met The **Burden Of Proof Established By 56(a) Federal Rules Of Civil Procedure, And He Is Entitled To A Summary Judgment As A Matter Of Law On All Issue's Found In This Instant Petition.** And Futher,

Petitioner Winston Davis Asserts That Failure Of This Court To Issue Order To Reverse And Render State Court Case CC-99-126 Theft By Deception In The First Degree, Will Result In A Miscarriages Of Justice. ( Citing <u>MURRAY V. CARRIER</u> 477 U.S.-478, 496 (1986).

  Done This November 25, 2007,

             Respectfully   Submitted

             */s/ Winston Davis*
             Winston   Davis
             519  Satolina  Rd.
             Dothan,  Al  36303.

## CERTIFICATE OF SERVICE:

I Hereby Certify That On This November 25, 2007, I Have Placed A Copy Of The Foregoing, To Respondents, Alabama Attorney General, Troy King, 11 South Union Street, Montgomery, Al 36130 - 0152, Into The United States Mail, Postage Pre - Paid First Class Mail.

Winston Davis.

WINSTON DAVIS
519 SANTOLINA RD.
DOTHAN, AL 36303



MONTGOMERY AL 361
26 NOV 2007 PM 1 T

OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711