IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.,* | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to File a Motion for Summary Judgment, it is

ORDERED that the motion (*Doc. No. 40*) be and is hereby DENIED.

Petitioner is advised that this case is pending on his petition, as supplemented, Respondents' answer, as supplemented, and Petitioner's responses. No additional pleadings are necessary to a determination of the issues presented herein, and Petitioner will be informed of any action undertaken by the court on his complaint. The court is aware that this matter is pending review, as are many cases filed both before and after the present petition was filed, and a decision shall be rendered on the petition in due course as the court's schedule permits.

Done, this 28th day of November 2007.


                          /s/ Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE