IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2007 DEC 28 A 9: 17

U.S. DISTRICT COURT
MIDDLE DISTRICT AL

WINSTON DAVIS            *
Petitioner,              *

V.                       *      CIVIL NO. 01: 06 - CV - 842 - M.H.T.

STATE OF ALABAMA et al., *
Respondents.             *

MOTION REQUESTING ORDER APPOINTING COUNSEL TO ASSIST PETITIONER IN FILING HIS F.R.CIV.P, RULE 11 SANCTIONS, MOTION TO CONSOLIDATE GENEVA COUNTY, ALABAMA CIRCUIT COURT CASES CC - 96 - 219, 220, 221 & CC - 99 - 126, AND ASSIST PLAINTIFF IN HIS CIVIL RIGHTS CLAIMS, PURSUANT TO TITLE 42 U.S.C., SECTIONS 1983, 1985 (3), 14141, FOR FALSE ARREST, FALSE IMPRISONMENT, MALICIOUS PROSECUTION, CONSPIRACY, And Other Claims.

Comes Now Petitioner Winston Davis, In The Above Styled Cause Of Action, And Moves This Honorable Court To Issue Order Appointing Competent Counsel To Assist Petitioner, In Filing His F. R. Civ. P. Rule 11 Sanctions, His Motion To Consolidate Fictitious Criminal Cases CC - 96 - 219, 220, 221, And CC- 99 - 126 And His Civil Rights Claims, Pursuant To 42 U. S. C. Sec's 1983, 1985 (3) And 14141. And For Good Cause States The Following As Grounds For Said Order.

1.

Petitioner Winston Davis, Asserts It Is Well Established That He Has Been Deprived Of Life, Liberty And Property, Without First Being Duly Convicted, For Geneva County, Alabama Circuit Court Cases CC-96-219, 220, 221, And CC-99 126, As Found In This Instant Petition, As Amended, Respondents Answer And Supplemental Answer, Petitioner's Responses, And Attached With Exhibits, 1 Through 35, And A Lack Of Respondents Second Supplemental Answer, In Violation Of The Relevant Statutory Provisions Of The Civil Rights Act Of 1866, Stat. 27 (2), (1866), An Act To Protect All Persons In The United States, In Their Civil Rights, And Furnish The Means Of Their Vindiction. And Futher,

Petitioner Assert, It Is Well Established That In 1871, The United States Congress Pasted A Law, Originally Part Of The Ku Klux Klan Act, To Inforce The 14th Amendment Rights Of The United States Constitution On The States, The Civil Rights Act, Now Part Of The United States Code, 42 U.S.C. Sec. 1983, Has Colloquially Been Called The Remedy For "Constitutional Torts." This Is The Evil That The Legislation Sough To Remedy Was State Sponsored Infringement Of Federal Protected Constitutional Rights. This Law Provides A Remedy To Parties Who Are Deprived Of Federal Rights And Privileges By State And Local Officals Who **"Abuse Their Positions Of Power."** And Futher,

Petitioner Asserts, It Is Well Established That, He Is Not Learned In The Law, And Has Made Many Error In Filing The Proper Rule, Causing Excess Delays In Sanctioning The Proper Parties For Their High Crimes And Misdemeanors Against The Laws and Treaties Of The United States.

### RELIEF SOUGHT;

**WHEREFORE,** The Above Considered, Petitioner Respectfully Request This Honorable Court To Issue Order Granting His Request, So Justice Can Be Served In A Timly Manner.

Done This December 27, 2007.

Respectfully Submitted

Winston Davis
519 Santolina Rd.
Dothan, Al 36303

2.

CERTIFICATE OF SERVICE

I Hereby Certificate That I Have Placed A Copy Of The Foregoing Into The United States Mail Box, Postage Prepaid First Class Mail, Properly Addressed To Respondent, Alabama Attorney General, 11 South Union St, Montgomery, Al 36130-0152, This December 27, 2007.

Winston Davis.

3.

Winston Davis
510 Sentolina RD.
Dothan, AL 36303

MONTGOMERY AL 361

27 DEC 2007 PM 4 T



Office of The Clerk
P.O. Box 711
Montgomery, AL 36101-0711