IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Petitioner's Motion for Appointment of Counsel. Petitioner requests an order appointing him counsel to assist him with preparation of 1) a motion for sanctions under Rule 11, F.R.Civ.P., 2) a motion to consolidate certain state court cases filed in the Circuit Court for Geneva County, Alabama, and 3) a civil rights complaint pursuant to 42 U.S.C. §§ 1983, 1985, and 14141. Upon consideration of the motion, it is

ORDERED that the motion for appointment of counsel (*Doc. No. 42*) be and is hereby DENIED.

Done, this 8th day of January 2008.

　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE