IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WINSTON DAVIS, #207010 ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| vs. ) | CIVIL NO. |
| ) | 01: 06-CV-00842-MHT |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| RESPONDENTS. ) | |

## CONFLICT DISCLOSURE STATEMENT

Come now Troy King and the State of Alabama, by and through Counsel named below, make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and the State of Alabama, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the State of Alabama possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

Jean A. Therkelsen
Counsel for Troy King and State of Alabama

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>8th</u> day of January, 2008, I have filed the foregoing with the Clerk of this Court and the same on Davis at:

> Winston Davis
> 519 Santolena Road
> Dothan, Alabama 36303

                                                /s/ Jean A. Therkelsen
                                                Jean A. Therkelsen (JOR040)

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: Jtherkelsen@ago.state.al.us


364822/100322-001