IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  MIDDLE  DISTRICT  OF  ALABAMA
SOUTHERN  DIVISION

2008 JAN 14  A  9: 30

. . . . . . . . . . .
U.S. DISTRICT COU. .
MIDDLE DISTRICT A. .

WINSTON  DAVIS                          *
Petitioner  /  Plaintiff,                *


V.                                       *    Civil  action  no. 01: 06 - cv -842   M. H. T.


STATE  OF  ALABAMA  et al.,             *
Respondents  /  Defendants.             *


MOTION  REQUESTING  A  FACE  TO  FACE  SETTLEMENT
CONFERENCE  WITH  RESPONDENTS  /  DEFENDANTS,
ALABAMA  ATTORNEY  GENERAL,  TROY  KING.

Comes  Now  Petitioner  /  Plaintiff  Winston  Davis  In  The  Above  Style  Cause,
Requesting  A  Face  To  Face  Settlement  Conference  With  Respondents  /
Defendants  Alabama  Attorney  General,  Troy  King,  Prior  To  Petitioner  /
Plaintiff  Winston  Davis  Filing  A  Formal  Complaint  With  The  United  States
Department  Of  Justice,  Criminal  Section,  Civil  Rights  Division,  Pursuant  To
Title  18  U. S. C.  Secs.  241,  242,  245 (2 ),  1001,  1203,  1513,  1961 - 1968,  And
Title  42  U. S. C.  Secs.  1983,  1985,  And  14141,  And  F. R. Cv. P.  11
Sanctions.    And  Other  Claims,  "No  later  Than  January  18,  2008."

Respectfully  Submitted.

Done  This  January  11,  2008.

Winston  Davis
519  Santolina  Rd.
Dothan,  Al  36303
334 - 796 - 7664.

1.

## CERTIFICATE OF SERVICE:

I Hereby Certify That I Have Placed A Copy Of The Foregoing Into The United States Mail, Postage Prepaid First Class, Properly Addressed To The Office Of Alabama Attorney General, 11 South Union St. Montgomery, Al 36130 - 0152, On This January 11, 2008.

Winston Davis.

2.

WINSTON DAVIS
514 SINTOLENA RD
DOTHAN, AL 36303

MONTGOMERY AL 361

11 JAN 2008 PM 3 L

41 USA

OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0711