IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WINSTON DAVIS                     *

   Petitioner,                       *

      v.                            *       1:06-CV-842-MHT

STATE OF ALABAMA, *et al.*,       *

   Respondents.                    *

_____

**ORDER ON MOTION**

Before the court is Petitioner's *Motion Requesting a Face to Face Settlement Conference with Respondents/Defendants Alabama Attorney General Troy King*. Upon consideration of the motion, it is

ORDERED that the motion (*Doc. No. 46*) be and is hereby DENIED.

Done, this 15th day of January 2008.

                              /s/ Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE