IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS
Petitioner,

\*

V.                                    \*      Civil No. 01: 06 CV- 842 M.H.T.

STATE OF ALABAMA etal.,      \*
Respondents.                         \*

**MOTION FOR LEAVE TO FILE A DEMAND FOR AN IMMEDIATE RELEASE FOR A JUDGMENT BY DEFAULT, PURSUANT TO F.R.CIV. P., RULE 54 ( A ), ( B ), ( C ), ( D ) ( 1 ), THAT GOVERNS TITLE 28 SECS. 2254 CASES IN UNITED STATES DISTRICT COURTS.**

Comes Now Petitioner Winston Davis, In The Above Style Cause, And Moves This Honorable Court To Issue Order Granting Him Immediate Releif Sought Based On His " Pleadings, As Supplemented , Respondents Answer , As Supplemented, And Petitioner's Responses ," With Or Without A Hearing . And Futher,

Petitioner Winston Davis Demands That The " Cost" Of This Instant Petition Be Taxed Against The State Of Alabama, Not Petitioner..."

Respectfully Submitted

Done This January 19, 2008.   *Winston Davis*
Winston Davis
519 Santolina Road
Dothan, Al 36303
334 - 796 - 7664.

1.

## CERTIFICATE OF SERVICE:

I Hereby Certificate That On This January 19, 2008, I Have Placed A Copy Of The Foregoing To The Alabama Attorney General Troy King, Properly Addressed 11 South Union Street Montgomery, Al 36130 - 0152, Postage Pre paid First Class Mail, Into The United States, Mail Box.

Winston Davis.

WESTON DAVIS
495 NEWTONIA RD
NATHAN, AL 36303

OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711

MONTGOMERY AL 361
19 JAN 2008 PM 3 L

36101+0711 B007


LOUIS COMFORT TIFFANY