IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.,* | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Before the court is Petitioner's *Motion for Leave to File a Demand for Immediate Release for Judgment by Default Pursuant to F.R.Civ.P. 54 (A)(B)(C)(D)(1)*. Upon consideration of the motion, it is

ORDERED that the motion (*Doc. No. 48*) be and is hereby GRANTED.

Petitioner requests his immediate release based on the pleadings and documents filed in this matter. Petitioner's motion for immediate release, having been read and considered, it is

ORDERED that the motion be and is hereby DENIED.

Done, this 22nd day of January 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE