IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2008 FEB 13 A 10:07

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| WINSTON DAVIS<br>   Petitioner, | * <br> * |
| V. | *   1:06-CV-842-M.H.T. |
| STATE OF ALABAMA, et al.,<br>   Respondents. | * <br> * |

MOTION FOR LEAVE TO FILE A REQUEST TO CONSOLIDATE FICTITIOUS GENEVA COUNTY, ALA. CIRCUIT COURT CASES CC-96-219, 220, 221 & CC-99-126 PURSUANT TO F.R.CIV.P. RULES 11 AND 54(a),(b), THAT GOVERNS SECTION 2254 HABEAS CORPUS PETITION IN THE UNITED STATES DISTRICT COURTS.

   Comes now petitioner winston davis in the above styled cause and moves this Honorable court to issue order allowing petitioner his request to consolidate Fictitious geneva county, alabama circuit court cases cc-96-219, 220, 221, and CC-99-126 theft by deception into this instant petition, and for good cause States the following as grounds for said request.

Petitioner asserts it is well established that in this instant petition, as amended, Fictitious geneva county, alabama circuit court cases cc-96-219, 220, & 221 theft By deception in the first and second degree is the "root of retaliation against Petitioner for blowing the whistle on the arson ring."

Petitioner asserts it is well established that "fictitious criminal cases cc-96-219, 220, & 221 were used to enhance fictitious geneva county, alabama circuit court Case of theft by deception in the first degree."

1.

Petitioner asserts it is well established that "**RESPONDENTS**" Have not contradicted This instant petition, as amended, and must be considered as Prima Facie Evidence as true.

ARGUMENT :

Petitioner futher asserts it is well established That Federal civil rule 54 ( b ), States in pertinent part: "<u>the court may direct the entry of a final judgement as to one or more but fewer than all the claims or parties only upon an Express determination that there is no just reason for delay.</u>"

RELEIF SOUGHT:

WHEREFORE, THE ABOVE CONSIDERED, Petitioner prays that this honorable Court issue order allowing petitioner's request to consoliadate fictitious geneva County, alabama circuit court cases cc - 96 - 219, 220, 221 and cc - 99 - 126, theft by deception, and "**ENTER A JUDGMENT BY DEFAULT WITHOUT FUTHER DELAY.**"

Done this February 12, 2008.

Respectfully Submitted
*Winston Davis*
Winston Davis
519 Santolina Rd.
Dothan, Al 26303

Certificate Of Service

I hereby certify that I placed a copy of the foregoing upon respondents at 11 S. Union st. Montgomery, Al 36130, by depositing the same into the united Mail box, postage pre - paid, first class mail on this February 12, 2008.

*Winston Davis*
Winston Davis

2.

WINSTON DAVIS
519 SANTOLINA RD.
DOTHAN, AL 36303

MONTGOMERY AL 361
12 FEB 2008 PM 3 L



OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711