IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.,* | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Before the court is Petitioner's *Motion for Leave to File a Motion to Consolidate Fictitious Geneva County, Ala., Court Cases with Habeas Corpus Petition.* Upon consideration of the motion, it is

ORDERED that the motion for leave (*Doc. No. 50*) be and is hereby GRANTED.

Petitioner requests that the state court cases he challenges in the instant application for habeas relief be consolidated "into this instant petition." Petitioner's motion to consolidate, having been read and considered, it is

ORDERED that the motion be and is hereby DENIED.

Done, this 13th day of February 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE