IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2008 FEB 21 A 10:03

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WINSTON DAVIS
  Petitioner,                                  *

V.                                                 *       1: 06 - CV - 842 - M. H. T.

STATE OF ALABAMA, et al.,            *
  Respondents.                                *

MOTION REQUESTING INFORMATION AS WHEATEAR OR NOT THIS INSTANT PETITION IS ON THE NEXT AVAILABLE COURT DOCKET, PURSUANT TO F.R.CIV.P. RULE 54 ( b ), JUDGMENT BY DEFAULT ?

Comes now petitioner winston davis in the above styled cause and moves this Honorable court for information As wheatear or not this instant petition is on The next available court docket to enter a no fault judgment in petitioner's favor, based on his pleadings, as amended, respondents answer as supplemented, and Petitioner;s responses, as supplemented, and the lack of a second supplemental Answer by Respondents, pursuant to rule 54 ( b ), and all other applicable federal Rules of civil procedure which governs sections 2254 cases in the united states District courts, and states the following as grounds for said request.

Petitioner Assert it is well established that in this instant petition he is in custody pursuant to a judgment of geneva county, alabama circuit court, in Violation of the constitutional laws and treaties of the united states.

Petitioner futher assert it is well established that, respondent, alabama attorney General troy king and his assistant Jean a Therkelsen has a duty to come foward and recommend to this court to reverse and render fictitious geneva county circuit court cases cc - 96 - 219, 220, 221 cc - 99 - 126 of theft by deception, and "they Breached that duty, their sworn oath to uphold the constitution of the

1.

united states and the constitution of alabama of 1901 for their own personal gain, and allows an innocent man continue to suffer extreme emotional distress."

Petitioner assert that he is not educated nor learned in the law as respondents With all the misbegotten money at their disposal, it would be a miscarriage of Justice for this court to hold petitioner's feet to the fire, and force him to follow strict court rules, after the state agents commited high treason against the united states of america  And broke every constitutional rule.

Petitioner assert that, the state of alabama owes him a chance to heal, a chance To build a new life to replace the one taken from him by corrupt state agents Acting under the color of their authority "for their own personal gain."

Petitioner assert that the alabama legislature has funds to compensate victims such as He for false arrest, false imprisonment, malicious prosecution and other claims pursuant to his economic losses and when this honorable court enter a no fault Judgment pursuant to rule 54 in petitioner's favor he can collect that money, and use that money to file his civil rights claims pursuant to 42 u.s.c. secs. 1983 and 1985, against the other proper party defendants.

RELIEF SOUGHT:

WHEREFORE, the above considered, With this information requested, petitioner will know wheatear or not he has made another error in filing proper federal civil rules to obtain relief sought in this instant petition, as amended.

Done this February 20, 2008.

Respectfully submitted
Winston Davis
519 Santolina Rd.
Dothan, Al 36301.

CERTIFICATE OF SERVICE:

I hereby certify that on this February 19, 2008, I have placed a copy of the Foregoing properly addressed to the office of attorney general 11 south union st. Montgomery, Al 36130-0125, postage prepaid first class mail, into, the united states mail box.

Winston Davis.

2.

WINSTON DAVIS
519 SANTOLINA RD,
DOTHAN, AL 36303



OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711