IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WINSTON DAVIS                           *

    Petitioner,                         *

        v.                              *           1:06-CV-842-MHT

STATE OF ALABAMA, *et al.*,             *

    Respondents.                        *

_____

**ORDER ON MOTION**

Upon consideration of the February 21, 2008 pleading filed by Petitioner, which the court construes as a Motion for Status, and for good cause, it is

ORDERED that the motion (*Doc. No. 52*) is GRANTED. Petitioner is advised that this case is pending on his petition for habeas corpus relief, Respondents' answers thereto, and Petitioner's responses. Petitioner is further advised that no additional pleadings are necessary to a determination of the issues presented herein and he will be informed of any action undertaken by the court on his petition. The court notes that this matter is ready for review and a decision shall be rendered within due course as the court's schedule permits.

To the extent Petitioner's February 21, 2008 pleading may be construed as a Motion for Immediate Disposition, and for good cause, it is

ORDERED that the motion is DENIED.

Done, this 22nd day of February 2008.

                                         /s/ Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE