IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2008 JUL 25 A 10: 06

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| V. | * | Civil No. 1: 06- CV - 842 - M. H. T. ( WO ) |
| STATE OF ALABAMA, et al., | * | |
| Respondents. | * | |

MOTION REQUESTING ADDITIONAL 14 DAYS ENLARGEMENT OF TIME TO FILE OBJECTION TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE, DATED JULY 22, 2008.

   Comes Now Petitioner Winston Davis, in the above styled cause, and moves this court for order granting Petitioner additional 14 days to properly file his objection, and for good cause states the following for said request.

Petitioner is "Innocent" of all fictitious crimes charged with and convicted of in The Geneva County, Alabama Circuit Court, and Failure of This Court To Grant Petitioner Additional 14 Days Inlargement of time to Properly Object to The Magristrate Judge's Recommendation Will Result in a Miscarriage Of Justice.
   Done this July 23, 2008.

Winston Davis
519 Santolina Road
Dothan, Al 36303.

1.

CERTIFICATE OF SERVICE:

I Hereby certify that I have placed a copy of the foregoing, properly addressed to Respondents, 11 South Union street Montgomery, Al 36130, postage prepaid First class Mail, in the United States Mail Box, on this July 23, 2008.

*Winston Davis.*

2.

WINSTON DAVIS
519 SANTOLINA RD.
DOTHAN, AL 36303

MONTGOMERY AL 361
24 JUL 2008 PM 4 T

OFFICE OF CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0711