IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-842-MHT |
| STATE OF ALABAMA, *et al.,* | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's request for additional time to file objections to the

July 22, 2008 Recommendation of the Magistrate Judge, and for good cause, it is ORDERED

that:

1.  Petitioner's motion for extension of time (*Doc. No. 55*) is GRANTED; and

2.  Petitioner is GRANTED an extension from August 4, 2008 to and including

August 18, 2008 to file his objections.

Petitioner is advised that the original objection period is 13 days.  The purpose of

filing objections is to specifically identify findings in the Recommendation to which

Petitioner has an objection.  The purpose is <u>not</u> to re-submit arguments previously filed in

support of the petition nor to present additional arguments.  Frivolous, conclusive, or general

objections will not be considered.  Additionally, Rule 8(e)(1), *Federal Rules of Civil Procedure*,

directs that [e]ach averment of a pleading shall be <u>simple</u>, <u>concise</u>, and <u>direct</u>.

Done, this 25th day of July 2008.


   /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE