IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS            *

   Petitioner,          *

V.                       *    1: 06 - CV - 842 - M. H. T.
                                                   ( W 0 )

STATE OF ALABAMA, et al.,  *

   Respondants           *


PETITIONER'S OBJECTIONS TO THE MAGRISTRATE
JUDGE'S RECOMMENDATION DATED JULY 22, 2008.


**BRIEF SUMMARY OF THIS INSTANT PETITION:**

1. Petitioner Asserts That On July 23, 2007, He Filed Motion Reguesting Permission To Supplement The Records In Support Of His Conspiracy Theories That Privet Individuals' Acting In Concert With State Agents To Delay, Hender/ Or Prevent Him From Seeking Relief In This Court, Pursuant To Title 28 U. S. C. Sec. 2254, Until, The Statute Of Limitation Period Expired Pursuant To Title 28 U. S. C. Sec. 2244 ( d ) ( 1 ) With " **New [ S ]substantial Trustworthly Evidence.**" ( See: Doc. No. 36 & Exhibit 35.) And Futher,

1.

2. Petitioner Asserts That On July 26, 2007, This Magristrate Granted Petitioner's Motion As A Supplement To Respondents Answer And Supplemental Answer. ( See: Document # 37 - 1.) And further,

3. Petitioner Asserts That On August 10, 2007, Respondents, Alabama Attorney General's Time To **"Rebut Or Contradict"** Petitioner's **" New [ S ]ubstantial Trustworthly Evidence Expired, And Openly Admitted Each And Every Averment Found In This Instant Petition, Pursuant To Rule 8 ( d ), F. R. Civ. P., and " Waived" The State Of Alabama's Rights To File A Rebuttal Or Appeal To This Instant Petition.** And Futher,

4. Petitioner Asserts That On January 19, 2008, He Filed Motion For Leave To File A Demand For An Immediate Release For a "**Judgment By Default, Pursuant To Rule 54 ( a ), ( b ), ( c ), ( d ) ( 1 ). F. R. Civ. P.** ( See: Doc. No. 48 .), As Set Forth In Paragraph 3 Above. And Futher,

5. Petitioner Asserts That On January 22, 2008, This Magristate Granted Petitioner's Motion And Denied Petitioner's Immediate Release. ( See: Document #: 49 - 1.) And Futher,

6. Petitioner Asserts That On February 19, 2008, That He Filed Motion Requesting Information As Wherther Or Not This Instant Petition Was On The Next Available Court Docket, Pursuant **"To F. R. C. P. Rule 54 ( b ), Judgement By Default."** ( See: Doc. No. 52.), and futher,

7. Petitioner Asserts That On February 22, 2008, This Magistrate Granted Petitioner's Motion, and Advised Petitioner That The Court Notes That This Matter Is Ready For Review, and A Decision Shall Be Rendered Within Due Course As The Court's Schedule Permits. ( See: Document #: 53 - 1.)

8. Petitioner Asserts That On July 23, 2008, Petitioner Received This Magristrate Judge's Recommendation That States In Pertinent Part:

> Petitioner's Allegation Of Actual Innocence " Is Not Based On New Evidence." Rather, Petitioner Presents Only Self - Serving And Conclusory Allegations That He Is Actually Innocent Arguing That His Convictions Is A Result Of "A Conspiracy Between State And Privet Officals Who Acted In Concert To Deprive Him Of His Constitutional Rights" Petitioner's Arguments, At Most, "Constitute Claims Of Legal Insufficiency Rather Than Factual Innocence." Petitioner Has Submitted "**No New Reliable Evidence To Support His Claims So As To Meet the Standard Set Forth By Schlup."** ( See: Paragraph 3. Above.) His Mere Contentions That He Is Actually Innocent Of The Crime Of His

2.

Conviction "Is Not Supported By The Records Or Any Credible Evidence" ( See: Paragraphs 1, 2, and 3 Above.), " Because Petitioner Has Failed To Demonstrate His Actual Innocence, The Court Finds That This Instant Petition For Writ Of Habeas Corpus Is Properly Analyzed Under 28 U.S.C. Sec. 2244(d)(1) To Be Denied As Barred."

### ARGUMENTS:

WHERTHER OR NOT, Respondents, Alabama Attorney General Troy King and His Assistant Attorney General, Jean A. Therkelsen **"Corruptly Persuaded"** This Magristrate Judge To To Change Petitioner's Motion To Supplement The Records With [S]ubstantial Trustworthy Evidence, To Petitioner's Motion To Supplement Petitioner's Response To Respondents Answer And Supplemental Answer, To Avoid Filing A Second Supplemental Answer, Knowing In Advance That The Magistrate Judge Would Attempt Debar Petitioner From Relief, As A Matter Of Law ? As Set Forth In Paragraphs 1, 2, 3 And 8 Above .

WHERTHER OR NOT, This Magristrate Wilfully And Intentional **"Changed"** Petitioner Motion To Supplement The "**Records In Support Of Petitioner's Conspiracy Theories That Privet Individuals Acting In Concert With State Agents To Delay, Hender Or Prevent Him From Seeking Relief In This Court, Pursuant To 28 U.S.C. Sec. 2254, Until The Statute Of Limitation Period Expired Pursuant To 28 U.S.C. 2244(d)(1), With New Trustworthly Evidence"** To A **"Response"** To Respondents Answer and Supplemental Answer With **"Intent"** To **"Conseal"** Petitioner's New Trustworthly Evidence For His Own Personal Gain, To Debar Petitioner From Seeking Relief Sought In this Instant Petition , As A Matter Of Law ? As Set Fourth In Paragraphs 1, 2, 3, and 8 above.

WHERTHER OR NOT, This Magristrate Judge, Acting In Concert With State Agents, Under The Color Of His Authority To Deprive Petitioner Of His Constitutional Rights, For His Own Personal Gain, By Failure To Follow Federal Law, For His Own Personal Gain. And Grant Petitioner Relief, As Set Forth In Paragraph 3, 4 ,5, 6, 7 and 8 Above, As A Matter Of Law ?

WHERTHER OR NOT, Respondents, Alabama Attorney General Troy King, His Assistant Attorney General Jean A. Therkelsen, Acting In Concert With This Magristrate Judge Under The Color Of Their Authority Has Conspired To Deprived Petitioner Of His Federal Protected Constitutional Rights / Civil Rights, Extended The Limitation Period As Set Forth In Title 18 U.S.C. Sections 241 And 242, As A Matter Of Law, As Set Forth In Paragraphs 1 Through 8 Above.

WHERTHER OR NOT, This Magristrate Judge Should Recuse Himself From Any Further Involvement With Petitioner's Habeas Corpus Petition, Due To His Prejudice And Bias Toward Petitioner As Set Forth In Paragraph 1 Through 8 Above, As A Matter Of Law?

## RELIEF SOUGHT:

**Wherefore The Above Considered,** This Magristrate Judge Must Recuse Him From Any Futher Involvement With Petitiouner, Habeas Corpus Petition, Petitioner Request An Other Magristrate From Out Side Of Alabama To Submit His Recommendation Based On Paragraphs 1,3, 4 and 6 above.

Done This 26th Day Of July 2008.

Respectfully Submitted.

Winston Davis Petitioner.
519 Santolina Road
Dothan, Alabama 36303.
Phone #: 334 - 805 - 5347.

Certificate of Service.

I hereby certify that I placed a copy of the foregoing, properly addressed, postage pre-paid first class mail to Respondents in the United States Mail Box. On July 26, 2008.

Winston Davis.

4.

WINSTON DAVIS
519 SANTO CRUZ RD.
DOTHAN, AL 36303

MONTGOMERY AL 361
28 JUL 2008 PM 3 L



OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0771