IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2008 AUG 12 A 11: 19

WINSTON DAVIS
Petitioner,

V.          CIVIL NO. 01:06-CV-842 M.H.T.
            (W0)

STATE OF ALABAMA, and
TROY KING, attorney
General of Alabama,
    Respondents.

MOTION FOR ADDITTIONAL 10 DAYS INLARGEMENT
OF TIME TO FILE MOTION FOR NEW TRIAL PURSUANT
TO RULE 59(1)(a),(2)(b), FED. RULES OF CIV. PRO.

Comes now Petitioner in the above style cause and moves this Court for Order Granting Petitioner An Additional 10 Days inlargement of time to perfect his Motion for A new trial, which will be Due in this Court on or Before August 20, 2008.

Done this August 8, 2008.

Respectfully Submitted
/s/ Winston Davis
Winston Davis
519 Santolina Road
Dothan, Al 36303.

Certificate of Service:

I hereby certify that I Have placed A copy of the foregoing, properly addressed To the office of Alabama Attorney General, 11 south union street Montgomery, Al 36130, by placing the same into the United States Mail Box, Prepaid First class mail on August 8, 2008.

/s/ Winston Davis
Winston Davis.

1.

WINSTON DAVIS
519 SANTO CANA RD.
DOTHAN, AL 36303



MONTGOMERY AL 361
09 AUG 2008 PM 3 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711