IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS
  Petitioner,

V.                             Civil No. 01:06-CV-842 M.H T.
                                        (WO)

STATE OF ALABAMA, and
TROY KING, Attorney
General of Alabama
  Respondents.

MOTION TO STAY THE COSTS OF THIS INSTANT AS FOUND IN THE JUDGMENT ORDER, DOCUMENT #: 59-1 AT P. 2., PENDING FINAL JUDGMENT OF PETITIONER'S MOTION FOR A NEW TRIAL, PURSUANT TO RULE 59(a) F.R. CIV. P.

Comes now Petitioner in the above style cause, and Moves this Court For Order Staying the Costs of this Instant Petition Pending final Judgment of petitioner's Motion for a New Trial.

Done this August 8, 2008.

Respectfully Submitted
*Winston Davis*
Winston Davis
519 Santolina Road
Dothan, Al 36303

Certificate Of Service:

I hereby certify that I have placed a copy of the foregoing, properly addressed To the office of Alabama Attorney General, 11 South Union St. Montgomery, Al 36130, by placing the same into the United States Mail Box, prepaid first Class Mail on August 8, 2008.

*Winston Davis*
Winston Davis.

1.

WINSTON DAVIS
519 SANTO CANA RD.
DOTHAN, AL 36303



MONTGOMERY AL 361
09 AUG 2008 PM 3 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0711