IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WINSTON DAVIS, ) | |
| ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 01:06cv842-MHT |
| ) | |
| STATE OF ALABAMA and ) | |
| TROY KING, Attorney ) | |
| General of Alabama, ) | |
| ) | |
|    Respondents. ) | |

### ORDER

It is ORDERED that the motion to stay (Doc. No. 61) is denied.

DONE, this the 13th day of August, 2008.

        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE