IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WINSTON DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv842-MHT |
| | ) | (WO) |
| STATE OF ALABAMA and | ) | |
| TROY KING, Attorney | ) | |
| General of Alabama, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

It is ORDERED that the plaintiff's motion for extension of time (Doc. No. 60) is denied for two reasons. First, plaintiff's reliance on Fed.R.Civ.P. 59(a) is improper because there was no trial in this case. See, e.g., Wall v. Roman, 18 Fed. Appx. 41, 43 (2d Cir. 2001) ("To the extent that the plaintiffs' motion was brought pursuant to Rule 59(a), reliance on this section was improper, as the section permits a motion for a new trial and, here, there was no trial."). Second, it is apparent that the applicable rule is Fed.R.Civ.P. 59(e) because

that rule applies to any entry of judgment, regardless of whether a trial has been held. However, Fed.R.Civ.P. 6(b)(2) prohibits extensions of time to act under Rule 59(e).

DONE, this the 15th day of August, 2008.


　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**