IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS
Petitioner,

V.                                                          Civil No. 01:06-CV-842 M.H.T.
                                                                       (WO)

STATE OF ALABAMA, and
TROY KING, Attorney
General Of Alabama

Respondents.

MOTION FOR RELIEF FROM JUDGEMENT BY DEFAULT
PURSUANT TO F.R.CIV.P. RULE 55(a).

Comes now Petitioner Winston Davis in the above style cause and moves this United States District Court Clerk To Enter His Motion From Judgment by Default, Pursuant to F.R.Civ.P., Rule 55(a), and for good cause states the following as Grounds for said Order.

GROUND ONE:

Federal Rules Of Civil Procedure, Rule 55(a), States The Following:

"When a Party against whom a Judgment for Affirmative Relief Is Sought Has Failed **To Plead or Otherwise Defend, and That Failure Is Shown By affidavit or Otherwise, The Clerk Must Enter The Party's Default.**"

**BRIEF SUMMARY OF THIS FEDERAL PETITION:**

1. On September 22, 2006, Petitioner Filed This Instant Petition, and His Exhibit A " **His Affidavit**" In Support Of His Actual Innocence. see: C.A.S. Sheet #: 1.

1.

2. On September 27, 2006, This Court Issued Order To Alabama Attorney General To Show Cause. Document # 4 - 1.

3. On October 27, 2006, Alabama Attorney General Filed Answer Of Respondents. Doc. # : 10.

4. On November 1, 2006, This Court Issued Order To Petitioner To Show Cause. Document # : 11 - 1.

5. On November 17, 2006, Petitioner Filed His Response. Doc. # : 14.

6. On January 19, 2007, Petitioner Filed His Motion To Amend / Supplement The Records. Doc. # : 23.

7. On February 12, 2007, Alabama Attorney General Filed Supplemental Answer Of Respondents. Doc. # : 27.

8. On July 23, 2007, Petitioner Filed Motion Requesting Permission To Suppplement The Records. Doc. # : 36.

9. On July 26, 2007. This Court Issued Order Granting Petitioner Motion. Document # : 37 - 1.

10. On August 10, 2007, Alabama Attorney General's Time To File A Second Supplemental Answer Contradicting Petitioner's Motion To Supplement The Records With New Substantial Trustworthly Evendence, as Set Forth in Paragraphs 8 Above, **"Expired."**

## ARGUMENT:

Petitioner Assert That The Case Action Summary Sheets Are Void Of Any Second Supplemental Answer By Respondents.

## RELIEF SOUGHT:

**WHEREFORE,** The Above Considered, This United Stated Court Clerk Is Bound By F. R. Civ. P. Rule 55 ( a ) To Enter A Default Judgment In Petitioner Winston Davis's Favor.

Done this August 13, 2008.

Respectfully Submitted.

Winston Davis
519 santolina rd.
Dothan , Al 36303.

2.

Certificate Of Service:

I Hereby certify that on this August 13, 2008, I Placed a Copy of the foregoing in the united states mail box, properly addressed to the office of Alabama Attorney general 11 south union st. Montgomery, Al 36130, Postage Prepaid First class mail.

*Winston Davis* (signature)

Winston Davis.

WINSTON DAVIS
519 SANTOLENA RD.
DOTHAN, AL 36303



MONTGOMERY AL 351
13 AUG 2008 PM

OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0711