IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS

Petitioner,

V.                                              Civil No. 01:06-cv-842 M.H.T.
                                                           (WO)

STATE OF ALABAMA, and
TROY KING, Attorney
General of Alabama,

   Rrespondents.


MOTION FOR SUMMARY JUDGMENT AS A MATTER
OF LAW, PURSUANT TO F.R.CIV.P. RULE 56.(A).


Comes now Petitioner Winston Davis and Moves This Court For Order Granting Petitioner Writ Of Habeas Corpus Petition Pursuant To Title 28 U.S.C. Sec. 2254, Pursuant To F.R.Civ.P., Rule 56(a) As A Matter of Law and for good cause states The following Grounds For said Order.


GROUND ONE:

Federal Rules Civil Procedure, Rule 55(a) States In Pertinent Part:

   "When A Party Against Whom A Judgment For Affirmative Relief Is Sought Has **Failed To Plead or Otherwise Defend And That Failure Is Shown By Affidavit Or Otherwise, The Clerk Must Enter The Party's Default.**"

1.

GROUND TWO:

Federal Rules Of Civil Procedure, Rule 56(a) Sunmmary Judgment, States In Pertinent Part:
 "A Parry Claiming Relief May Move With or Without Supporting Affidavit, For Summary Judgment On All Or Part Of His Claims."

### BRIEF SUMMARY OF THIS PETITION FOR WRIT OF HABEAS CORPUS, PURSUANT TO TITLE 28 U.S.C. SEC. 2254.

1. On September 22, 2006, Petitioner Filed this Instant Petition And Attached His Exhibit A, Affidavit In Support Of His Actual Innocence Doc. # 1.

2. On September 27, 2006, This Court Issued Order To Alabama Attorney General To Show Cause. Document #: 4 - 1.

3. On October 27, 2006, Alabama Attorney General Filed Answer Of Respondents. Doc. # :10.

4. On November 1, 2006, This Court Issued Order To Petitioner To Show Cause. Document # : 11 - 1.

5. On November 17, 2006, Petitioner Filed His Response To Show Cause. Doc. # 14.

6. On January 19, 2007, Petitioner Filed Motion To Amend / Supplement The Records. Doc. # : 23.

7. On February 12, 2007, Alabama Attorney General Filed Supplemental Answer Of Respondents. Doc. # : 27.

8. On July 23, 2007, Petitioner Filed Motion Requesting Permission To Supplement The Records. Doc. # 36.

9. On July 26, 2007, This Court Granted Petitioner's Motion. Document #: 31 - 1.

10. On August 10, 2007, Alabama Attorney General's Time To File A Second Supplemental Answer Contradicting Petitioner's Motion To Supplement The With New [S]substantial Trustworthly Evidence **"Expired."**

2.

### ARGUMENTS ONE:

Petitioner Winston Davis Assert That The Case Action Summary Sheets For This Instant Petition Are Void Of Any Second Supplemental Answer By Respondents, Alabama Attorney General, And He Is Entitled To A Default Judgment Pursuant To F. R. Civ. P., Rule 55, As A Matter Of Law. As Set forth In Paragraphs 1 Through 10 Above.

### ARGUMENT TWO:

Petitioner Winston Davis Assert That He Is Entitled To A Summary Judgment Pursuant To F. R. Civ. P., Rule 56 As A Matter Of Law, Pursuant To F. R. Civ. P., Rule 55, On All Issues Found In This Instant Petition

### RELIEF SOUGHT:

WHEREFORE, The Above Considered, Petitioner Prays That This Honorable Myron H. Thompson United States District Court Judge Issue Order Granting Petitioner's Petition For Writ Of Habeas Corpus, (1) Vacating Geneva County, Alabama Circuit Court Case CC-99-126, Theft By Deception In The First Degree, (2) Order To Restore Petitioner's Rights Under The Second Amendment To The United States Constitution, (3) Order All Costs For This Federal Habeas Corpus Petition Be Taxed Against The State Of Alabama.,

Failure Of This Court To Grant Petitioner Winston Davis Relief, Will Result In A Manifested Injustice.

Done This August 13, 2008.

Respectfully Submitted

*Winston Davis*
Winston Davis
519 Santolina Road
Dothan, Al 36303.

Certificate of Service:

I hereby certify that on August 13, 2008, I placed a copy of the foregoing in The united states mail box, postage prepaid, first class mail, properly addressed To the office of alabama attorney general 11 south union st. Montgomery, Al 36130.

*Winston Davis*
Winston Davis.