IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WINSTON DAVIS, ) | |
| ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 01:06cv842-MHT |
| ) | |
| STATE OF ALABAMA and ) | |
| TROY KING, Attorney ) | |
| General of Alabama, ) | |
| ) | |
|    Respondents. ) | |

### ORDER

It is ORDERED that petitioner's motion for relief from judgment (Doc. No. 64) is denied.

DONE, this the 15th day of August, 2008.

       /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE