IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WINSTON DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 01:06cv842-MHT |
| | ) | |
| STATE OF ALABAMA and | ) | |
| TROY KING, Attorney | ) | |
| General of Alabama, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

It is ORDERED that petitioner's motion for summary judgment (Doc. No. 65) is denied.

DONE, this the 15th day of August, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE