IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS

Petitioner,

V.                                CIVIL NO. 01:06-CV-842 M.H.T.

STATE OF ALABAMA, and
TROY KING, Attorney
General Of Alabama,

Respondents.

MOTION TO CORRECT ERROR AND MOTION FOR LEAVE
TO RESUBMIT PETITIONER'S MOTION FOR DEFAULT
JUDGMENT PURSUANT TO F.R.CIV.P. RULE 55(2)(c).

Comes now Petitioner Winston Davis in the above style cause and Moves this Court For Leave to correct his errors in his motion for default judgment filed In this Court on August 13, 2008 See: Doc. #: 64, Document #: 66-1. and For Leave to Resubmit His Default Judgment pursuant to F.R.Civ.P., 55(2)(c), And for good Cause states the following:

BRIEF SUMMARY OF THIS INSTANT HABEAS CORPUS PETITION:

1. On September 21, 2006, Petitioner filed this instant Petition, attacking his Conviction of first degree theft by deception imposed upon him by the Geneva County, Alabama Circuit Court on June 8, 2000, on the following grounds:

(1) Deprivation of Federal Protected Constitutional Rights To Due Process And Equal Protection of The Law Under the Fourteenth Amendment, Due to Prejudice and Bias on the part of the Trial Court Judge.

(2) Ineffective Assistance Of Court Appointed Trial Counsel.

See. C.A.S. Doc. #1.                    1.

2. On September 27, 2006, This Court Issued Order To Alabama Attorney General Troy King to Show Cause. See: C. A. S. Document # : 4 - 1.

3. On October 27, 2006, Alabama Attorney General's Lead Counsel, Jean A. Therkelsen Filed Answer of Respondents, Therein answer, Respondents Aver That Davis's Federal Petition is Barred by the One - Year Statute of Limitation as set forth in Title 28 U. S. C. Section 2244 ( d ) ( 1 ). See: C. A. S. Doc. # : 10.

4. On November 1, 2006, This Court Issued Order To Petitioner To Show Cause. See: C. A. S. Document # : 11 - 1.

5. On November 17, 2006, Petitioner Filed His Response To Respondents Answer, Porsuant To Court's Order, Submitted Absolute Proof That Deprivation Of Federal Protected Constitutional Rights Caused The Conviction Of An Innocent Man. See: C. A. S. Doc. # : 14.

6. On January 19, 2007, Petitioner Filed Motion To Amend / Supplement the Records, Therein Petitioner Added " Ground Three; Conspiracy" Between State Agents, ( Including Alabama Attorney General General Troy King's Lead Counsel Jean A. Therkelsen ) Acting In Concert With Private Individuals, In Retaliation Against Petitioner For Being An Informant On An Arson Ring Having Their Arsonist Arrested Charged With Arson in the Second Degree Defrauding State Farm Out Of Millions Of Dollars, Dating Back To 1985, That They Are A Party Too, and For that Reason They Hindered, Delayed And Prevented Petitioner From Untangling The Scheme Connecting The State Agents Acting In Concert With Private Indivivuals Who Conspired To Fabercate Cases CC - 96 - 219, 220, 221, and CC - 99 - 219, Submitting False Evidence And False Statements To Geneva County Grand Juror That Found The Indictments, Until March 21, 2006. And Cited Proper Alabama Law and 11th Circuit Case Law That Gave Petitioner Equably Tolling Of Statute Of Limitation, Pursuant To Title 28 U. S. C. Section [ 2244 ]. See: Doc. # : 23.

7. On February 12, 2007, Alabama Attorney General Troy King's Lead Counsel Filed Supplemental Answer of Respondents, Therein She Aver That Davis's " **Unsupported Conspiracy Theories Do Not**" Entitle Him To Equable Tolling Of The Statute Of Limitation, **Other Than Making Bare Accusations, He Has Not Supported His Burden Of Proof.**" Accordingly, His Petition Is Due to be Denied As Barred By The Statute Of Limitation. See: C. A. S. Doc. # : 27.

8. On April 20, 2007, Petitioner Seeking **Absolute Proof To Contradict Alabama Attorney General's Lead Counsel False Statements Upon This Court, as Set Forth In Paragraph 7 above,** Petitioner Filed A

2.

Criminal Complaint With The United States Department Of Justice, Criminal Section Civil Rights Division, Using This Federal Habeas Corpus Petition As Reference To Have Each and every Named Person Arrested For Violation Of Title 18 U. S. C. Secs' 241 and 242.

9. On June 15, 2007, Petitioner Received A Written Report From The Criminal Section Of The Civil Rights Division United States Department of Justice, Regarding His Criminal Complaint as set fort in paragraph 8. Above.

10. On July 23, 2007, Petitioner Filed Motion To Supplement The Records In Support Of His **"Conspiracy Theories With New Trustworthy Evedence That He Did Not Have At The Trial Court Level Or On Appeal, As Absolute Proof, Petitioner Submitted His Exhibit 35."** See: Doc. # : 36

11. On July 26, 2007, Pursuant To This Court Order Document # 28 - 1, Honorable Charles S. Coody Chief United States Magristrate Judge, **For Good Cause, Construed Petitioner's Motion To Supplement The Records, As A Response To Respondent Answer and Supplemental Answer, and Granted Said Reguest.** See: C. A. S. Document # : 37 - 1.

12. On August 10, 2007, Alabama Attorney General Troy King's Lead Counsel Jean A. Therkelsen's Time To Contradict Or Rebut Petitioner's **New [ S ]ubatantial Trustworthy Evidence as Set forth in Paragraphs 10 and 11 Above Expired.**

### AFFIDAVIT UNDER PENALTY OF PERJURY:

Before me, the undersigned authority, a Notary Public in and for said County, and State of Alabama At Large, Personly Appeared One, Winston Davis, Alabama Driver's License's #: 5524341, Who being known to me and by me First duly sworn, deposes and says on Oath as follows:

My name is Winston Davis, I am over twenty - one years of age, and I Am Offering the following based on my own personal knowledge under Oath.

I Hereby swear That every Motion, Response, I have filed in this Court, I Have Placed a Copy Of Each Into The United States Mail Box, Properly Addressed To The Office Of Alabama Attorney General, 11 South Union Street Montgomery, Alabama 36130, postage pre paid first class mail, as set forth in paragraphs 5, 6, and 10 above. And further,

I Hereby Swear Under Oath, That On This August 20, 2008, I Have Resubmitted A Copy Of Petitioner's Motion To Supplement The Records / Response To Respondents Answer and Supplemental Answer Attached My Exhibit 35 As New [S]ubsantial Trustworthly Evidence that I Did not Have at the Trial Court level or on Appeal Through No Fault of My Own, Giving Alabama Attorney General Troy King's Lead Counsel, Jean A Therkelsen Every Opportunity To Contradict Or Rebut Petitioner's Exhibit 35, With [S]ubstantial Evidence, Or Come Foward to Protected My Constitutional Rights / Civil Rights as Set forth in Doc. # 36, By Placing the Same into The United States Mail, Postage Pre-Paid, Certified Receipt, Green Card Requested. Addressed To The Office Of Alabama Attorney General 11 South Union St. Montgomery, Al 36130. See: Receipts From United States Mail Services Inclosed As Exhibit. As Absolute Proof.

RELIEF SOUGHT:

WHEREFORE, The Above Considered, Petitioner Pray That This Honorable Magristrate Issue Order Directing The Clerk To Enter His Motion For Default Judgment Pursuant F.R.Civ.P. Rule 55(2)(c) Into The Records.

Respectfully Submitted.

Done this _19_ Day of August 2008

Winston Davis
519 Santolina Road
Dothan. Alabama 36303.

Sworn To And Subscribed Before Me This _19_ Day Of August 2008,
My Commission Expires July 25, 2011

Notary Public

My Commission Expires

4.




WINSTON DAVIS
5719 SANTO LENA RD
DOTHAN, AL 36303

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711