IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS

Petitioner,

V.  CIVIL NO. 01:06-CV-842 M.H.T.

STATE OF ALABAMA, and
TROY KING, Attorney
General Of Alabama,

Respondents.

MOTION TO STAY JUDGMENT ORDER DOCUMENT #: 59-1, PENDING FINAL OUT COME OF PETITIONER'S MOTION FOR DEFAULT JUDGMENT, PURSUANT TO F.R.CIV.P. 55(2)(1).

Done this August 19, 2008.

Respectfully Submitted.

Winston Davis
519 Santolina Road
Dothan, Al 36303

Certificate of Service:

I hereby certify that on this August 19, 2008, I placed a copy of the foregoing Into the united states mail box, Properly addressed to the office of Alabama Attorney General 11 south union st. Montgomery, Al 36130, Postage Prepaid First class mail.

1.

WINSTON DAVIS
579 SANTO CENA RD
DOTHAN, AL 36303



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711