IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WINSTON DAVIS, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 01:06cv842-MHT |
| | ) | |
| STATE OF ALABAMA and | ) | |
| TROY KING, Attorney | ) | |
| General of Alabama, | ) | |
| | ) | |
|    Respondents. | ) | |

## ORDER

It is ORDERED that motion to correct and motion for leave to resubmit (Doc. No. 68) are denied.

DONE, this the 21st day of August, 2008.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE