IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WINSTON DAVIS, )<br>)<br>    Petitioner, )<br>)<br>    v. )<br>)<br>STATE OF ALABAMA and )<br>TROY KING, Attorney )<br>General of Alabama, )<br>)<br>    Respondents. ) | CIVIL ACTION NO.<br>01:06cv842-MHT |

ORDER

It is ORDERED that the motion to stay (Doc. No. 69) is denied.

DONE, this the 21st day of August, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**