IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS

Petitioner,

V.     CIVIL NO. 01:06-CV-842 M.H.T.

STATE OF ALABAMA, and
TROY KING Attorney
General of Alabama,

Respondents.

MOTION REQUESTING CLARIFICATION OF THE GROUNDS USED TO DENY PETITIONER'S MOTION TO CORRECT AND FOR LEAVE TO RESUBMIT HIS F.R.CIV.P. RULE 55, DOC.#: 68, PURSUANT TO DOCUMENT #: 70-1.

Comes now Petitioner in the above style cause and moves this Court to Clarify the grounds used to deny his Doc. #: 68, pursuant to Document #: 70-1, to give Petitioner Oppertunity to Correct any and all Errors that He may have made, Because he is not Learned in the Law, and should not be bound by the Wilfull and Intentional Erros made by His Retain / Court Appointed Counsels. Citing Strickland v. Washington, 466 U.S. 674 (1984), and Robinson v. Murphy, 69 Ala. 543, 547 (1881).

Done this August 27, 2008.

Respectfully Submitted
Winston Davis
519 Santolina Road
Dothan, Al 36303

Certificate of Service:
I hereby certify that I have placed a copy of the foregoing into the United States Mail Box Properly addressed to the office of the Alabama Attorney General 11 south union st. Montgomery, Al 36130, postage prepaid first class mail on this August 27, 2008

Winston Davis.

1.

WINSTON DAVIS
519 SANTO CANA RD.
DOTHAN, AL 36303



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711