IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS

    Petitioner,

V.                               CIVIL NO. 01:06-CV-842 M.H.T.

STATE OF ALABAMA, and
TROY KING, Attorney
General of Alabama,

    Respondents.

MOTION REQUESTING CLARIFICATION OF THE GROUNDS
USED TO DENY PETITIONER'S MOTION TO STAY JUDGMENT
ORDER (Doc. #69), Pursuant To Document #: 71-1.

Comes now Petitioner in the above style Cause and moves this Court to Clarify the grounds used to deny his Motion to Stay Judgment Order (Doc.#: 69), pursuant to Document #: 71-1, and to give Petitioner Opportunity To correct any and all Errors that he have Made, Because He is not Learned In the Law and should not be bound by the Wilfull and Intentional Errors Made by His Retained / Court Appointed Counsels. Citing, Strickland V. Washington, 466 U.S. 674 (1984), and Robinson V. Murphy, 69 Ala. 543-547 (1881).

Respectfully Submitted

*Winston Davis* (signature)

Winston Davis
519 Santolina Road
Dothan, Al 36303.

Certificate Of Service:
I hereby certify that I have placed a copy of the foregoing into the United States Mail Box properly addressed to the office of Alabama Attorney General 11 south union st. Montgomery, Al 36130, postage Prepaid first class mail on This August 27, 2008.

*Winston Davis* (signature)

Winston Davis.

1.

WINSTON DAVIS
519 SANTOLENA RD.
DOTHAN, AL 36303



MONTGOMERY AL 361
27 AUG 2008 PM 3 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0711