IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WINSTON DAVIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 01:06cv842-MHT |
| ) | |
| STATE OF ALABAMA and ) | |
| TROY KING, Attorney ) | |
| General of Alabama, ) | |
| ) | |
| Respondents. ) | |

### ORDER

It is ORDERED that motions for clarification (Doc. Nos. 72 & 73) are denied.

DONE, this the 29th day of August, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**