IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WINSTON DAVIS | * | |
| Petitioner | * | |
| V. | * | CIVIL NO. 01: 06 - CV - 842 M. H. T. |
| STATE OF ALABAMA, and TROY KING, Attorney General of Alabama, | * | |
| | * | |
| Respondents. | * | |

MOTION FOR LEAVE REQUESTING ORDER GRANTING PETITIONER'S REQUEST FOR WRIT OF HABEAS CORPUS, PURSUANT TO TITLE 28 U. S. C. SECTION 2254, PART SIX, STATUTE ( A ).

1. Comes now Petitioner Winston Davis, in the above style cause and Moves This Court for Order Granting his Request for Writ of Habeas Corpus, and States the following as Grounds for Habeas Corpus Releif.

### GROUNDS FOR WRIT OF HABEAS CORPUS;

### "JURISDICTIONAL DEFECTS THAT CAN BE NOTICED AT ANY TIME."

### "BRIEF SUMMARY OF THE INSTANT PETITION;"

1. On September 21, 2006, Petitioner filed this instant Habeas Petition, Therein, He Submitted Absolute Proof that the Trial Court Judge Deprived Petitioner of his Fourteenth Amendment Rights to Due Process and Equal Protection of the Law Under The United Stated Constitution, and Article 1, Sec. 6, Alabama Constitution of 1901, When He ( 1 ) Deprived Petitioner Of His Right To Be Present During Every Stage of His Trial, ( 2 ) When He Entered The Jury Room, ( 3 ) When He " Adjudicated Petitioner Guilty", ( 4 ) When He "Sentenced Petitioner Without Jurisdiction Over Subject Matter or Petitioner". Doc. # 1.

1.

## "ARGUMENT:"

Petitioner Assert It Is Well Established That, "Pursuant To Article Six, Sec. Two, This Constitution and the Laws of the United States Which Shall Be Made In Pursuant Thereof; and All Treaties Made, Or Which Shall Be Made, Under The Authority Of The United States Shall Be The Supreme Law Of The Land; and The "Judges In Every State" Shall Be Bound Thereby, Any Thing In The Constitution Or Laws Of Any State To The Contrary Notwithstanding. and further,

Petitioner Assert It Is Well Established That, "Pursuant To Article Six, Sec. Three, of This Constitution, Which States In Pertinent Part: "The Senators and Representatives Before - mentioned, and The Members of The Several State Legislatures, and "All Executive and Judicial Officers," Both of The United States and of the Several States, "Shall be Bound by Oath or Affirmation" To Support This Constitution; and further,

Petitioner Assert It Is Well Established That, " The Geneva County, Alabama Circuit Court Judge Breached His Oath Of Office, To Uphold The United States Constitution Or laws, and Treaties, When He Obtaind The Conviction Of Nonexistent Criminal Offence, Against Petitioner As Set Forth In Paragraph 1 Above. and further,

Petitioner Assert It Is Well Established That, " Where Rights Are Secured By Constitution Are Involved," There Can Be No Rule Making Or Legislation That Will Abrogate Them." Citing <u>Miranda vs. Ariz.</u>, 384 U.S. 436 At 491 ( 1966 ). and further,

Petitioner Assert It Is Well Estbabished That, "**A Judgment Is Absolutely Void**" If It Appears That There Was A Want Of Jurisdiction In The Court Rendering It Either Of The Subject Matter Or The Person Of The Defendant. Citing <u>Hahn V. Mores</u> ( 1868 ), C. 391., and further,

Petitioner Assert It Is Well Established That, When " The Geneva County, Alabama Circuit Court Judge Charles L. Woods , ( Deceased ) Deprived Petitioner Of His Federal Protected Constitutional Right As Set Fourth In Paragraph 1 Above, He Ceased To Represent The Government." Citing <u>Brookfield Const. Co. V. Stewart,</u> 284 F. Supp. 94. and further,

Petitioner Assert It Is Well Established That, "The Geneva County, Alabama Circuit Court Judge Charles L. Woods, Could Have Been Sued Over His Offical Acts, ( As Set Forth In Paragraph 1 Above ) And Is Liable For Injunctive Relief And Attorney / Habeas Fees." Citing <u>Lezama V. Justice Court</u>, A025829.

Petitioner Further Assert It Is Well Established That, "The Geneva County, Alabama Circuit Court Judge Charles L. Woods, Acted In The Face Of Clearly Valid Statutes And Case Law (As Set Forth In Paragraph 1 Above) Expressly Deprived Him Of Jurisdiction Over Petitioner." Citing Dykes v. Hosemann, 743 F.2d 1488 (1984), That Being The Case The Trial Court Judge Lost His **Judicial Function, And Became A Mere Private Person."** and further,

Petitioner Assert It Is Well Established That, **"Where There Is No Jurisdiction There Is No Judge: The Proceeding Is As Nothing."** Such Has Been The Law From The Days Of The Marshall, 10 Coke 68.; Also Bradly v. Fisher, 13 Wall 335, 351., also Manning v. Ketcham, 58 F.2d 948. And further,

Petitioner Assert That, It Should "Never Be Forgotten That In The Construction Of The Language Of The Constitution, We Are To Place Ourselves As Nearly As Possible In The Condition Of The Men Who Framed That Instrument." Ex Parte Bain, 12 U.S. 1. 7 S. Ct. 781. And Further,

Petitioner Assert That "This Court", Is Bound To Interpret The Constitution In The Light Of The Law As It Existed At The Time It Was Adopted. Mattos VS. U.S., 156 U.S. 237 At 243. And Further,

Petitioner Assert This This Instant Petition, "Must Be Interpreted In The Light Of Common Law, The Principles And History Of Which Were Familiarly Know To The Framers Of The Constitution. The Languase Of The Constitution Could not Be Understood Without Reference To The Common Law." U.S. VS. Wong Kim Ark., 169 U.S. 649, 18 S. Ct. 456. And Further,

Petitioner Assert That The "Law Of The Land" Means The "Common Law." Taylor VS. Porter, 4 Hill 140, 146 (1843); State VS. Simon, 2 Separs 761, 767 (1884); . And Further,

Petitioner Assert That, "Neither The Legislative, Executive Nor The Judicial Department Of The Federal Government Can Lawfully Exercise Any Authority Beyond The Limits Marked Out By The Constitution." Ctitng Dred Scott VS. Sanford, 19 How, 393. And Further,

Petitioner Assert That, "The United States Is Entirely A Creature Of The Federal Constitution, It's Power And Authority Has No Other Sourse And It Can Only Act In Accordance With All The Limitations Imposed By The Constitution." And Further,

Case 1:06-cv-00842-MHT-CSC   Document 75   Filed 09/03/2008   Page 4 of 5

Petitioner Assert That, "The Rights And Liberties Of The Citizens Of The United States ( Including Petitioner Winston Davis ) Are Not Protected By Custom And Tradition Alone, They Are Preserved From The **Encroachments Of Grovernment** ( as set forth in paragraph 1 above.) **By Express / Enumerated Provisions Of The Federal Constitution."** And Further,

Petitioner Assert That, "The Prohibition Of The Federal Constitution Are Designed To Apply To All Branches Of The National Government And Cannot Be **Nullified** By The Execuitive Or By The Executive And The Senate Combined." Citing, <u>Reid VS. Covert,</u> 354 U.S. 1, 1 L. Ed. 2nd 1148 ( 1957 ).

Petitioner Further Assert That He Is "**Actually Innocent**" And The Trial Court Judge Knew This And That Is Why He Breached His **"Oath To Uphold The United States Constitution, And Article 1, Sec. 6, Alabama Constitution Of 1901, In Order to Obtain the Conviction of A nonexisting Crime Against Petitioner,** as set forth in Paragraph 1 above.

## RELIEF SOUGHT;

**Wherefore, The Above Considered,** Petitioner Winston Davis Moves This Honorable Court, The Keeper Of Constitutional Rights, To Issue Order Granting Pertitioner's Petition, Writ Of Habeas Corpus Relieving Him From State Custody Pursuant To Title 28 U.S.C. Section 2254, Statute ( A ). And Issue Order Restoring All Of His Constitutional Rights As A Sovereignty Individual Immediately.

Done This September 2, 2008.

Respectfully Submitted
*/s/ Winston Davis*
Winston Davis
519 Santolina Road
Dothan, Al 36303.

Certificate Of Service:

I hereby certify that I placed a copy of the foregoing into the united states mail box properly addressed to the office of alabama attorney general 11 south union Street montgomery, al 36130, postage prepaid first class mail on this September 2, 2008.

*/s/ Winston Davis*
Winston Davis.

4.

WINSTON DAVIS
519 SANTO LENA RD.
DOTHAN, AL 36303



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711