IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS

   Petitioner,

V.                            CIVIL NO. 01:06-CV-842 M.H.T.

STATE OF ALABAMA, And
TROY KING, Attorney
General Of Alabama

Respondents.

MOTION REQUESTING MAGRISTRATE JUDGE TO
RECONSIDER HIS RECOMMENDATION TO THIS
COURT DATED JULY 22, 2008, DOCUMENT #: 54-1.

Comes now Petitioner, in the above styled cause and moves Honorable Charles S. Coody, Chief United States Magristrate Judge to Reconsider his Recommendations to the Court, and for good cause as set forth in his Motion Requesting Order Granting his Request for Writ of Habeas, inclosed.

                                                     Respectfully Submitted.

Done this September 2, 2008.

                                                     Winston Davis
                                                     519 Santolina Road
                                                     Dothan, Al 36303.

Certificate of Service:

I hereby certify that I have placed a copy of the foregoing into the united states mail box, properly addressed to the office of alabama attorney general 11 south union st. Montgomery, Al 36130, postage prepaid first class mail, on this sept. 2, 2008.

                                                     Winston Davis.

1.

WINSTON DAVIS
519 SANTO LENA RD.
DOTHAN, AL 36303



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711