IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS

Petitioner,

V.   CIVIL NO. 01: 06 - CV - 842 M. H. T.

STATE OF ALABAMA, and
TROY KING, Attorney
General Of Alabama,

MOTION REQUESTING MAGRISTRATE JUDGE TO RECONSIDER HIS JUDGMENT ORDER TO THIS COURT DATED JULY 31, 2008 DOCUMENT # : 59 -1.

Comes now petitioner in the above styled cause and Moves Honorable Charles S. Coody Chief Magristrate Judge to Reconsider his Judgment Order to this Court and for Good Cause as set forth in Petitioner's Motion Requeting Order granting His Request For Writ of Habeas Inclosed.

Respectfully Submitted.

Done this September 2, 2008.

Winston Davis
519 Santolina Road
Dothan, Al 36303.

Certificate of Services:

I hereby certify that I have placed a copy of the foregoing into the united states mail box, properly addressed to the office of alabama attorney general 11 south union st. Montgomery, Al 36130, postage prepaid first class mail, on this
September 2, 2008.

Winston Davis.

1.

WINSTON DAVIS
519 SANTOLENA RD.
DOTHAN, AL 36303



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711