IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WINSTON DAVIS

    Petitioner,

V.                       CIVIL NO. 01: 06-CV-842 M.H.T.

STATE OF ALABAMA, and
TROY KING, Attorney
General Of Alabama,

    Respondents.

    MOTION REQUESTING MAGRISTRATE JUDGE TO RECONSIDER HIS OPINION TO THIS COURT DATED JULY 31, 2008, DOCUMENT #: 58-1.

Comes now Petitioner, in the above styled cause and Moves Honorable Charles S. Coody Chief Magristrate Judge, to Reconsider his Opinion to this Court, and for Good Cause, as set forth in petitioner's Motion Requesting Order Granting His Request for Writ of Habeas, inclosed.

Respectfully Submitted.

    Done this September 2, 2008.

*Winston Davis*
Winston Davis
519 Santolina Road
Dothan, Al 36303.

    Certificate Of Service:

I hereby certify that I have placed a copy of the foregoing into the united states mail box, properly addressed to the office of alabama attorney general / 11 south union st. Montgomery, Al 36130, on this September 2, 2008.

*Winston Davis*
Winston Davis

1.

SCANNED

WENSTON DAVIS
519 SANTO LENA RD.
DOTHAN, AL 36303



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711