IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WINSTON DAVIS,               ) | |
|                              ) | |
|     Petitioner,              ) | |
|                              ) | CIVIL ACTION NO. |
|     v.                       ) | 01:06cv842-MHT |
|                              ) | |
| STATE OF ALABAMA and         ) | |
| TROY KING, Attorney          ) | |
| General of Alabama,          ) | |
|                              ) | |
|     Respondents.             ) | |

ORDER

It is ORDERED that the motion for leave (Doc. No. 75) is denied.

DONE, this the 9th day of September, 2008.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE