IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |  |
|---|---|---|
| WINSTON DAVIS, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 01:06cv842-MHT |
| | ) | |
| STATE OF ALABAMA and | ) | |
| TROY KING, Attorney | ) | |
| General of Alabama, | ) | |
| | ) | |
|    Respondents. | ) | |

### ORDER

It is ORDERED that the motion to reconsider (Doc. No. 76) is denied.

DONE, this the 9th day of September, 2008.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**