IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WINSTON DAVIS,           )<br>                          )<br>    Petitioner,        )<br>                          )   CIVIL ACTION NO.<br>    v.                    )     01:06cv842-MHT<br>                          )<br>STATE OF ALABAMA and      )<br>TROY KING, Attorney       )<br>General of Alabama,       )<br>                          )<br>    Respondents.          ) | |

### ORDER

It is ORDERED that the motion to reconsider (Doc. No. 77) is denied.

DONE, this the 9th day of September, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE